UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY CIRAULU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, and LISA P. MCALISTER,<br><br>Defendants. | Case No. 14-CV-8659<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |
| BERNARD PRIEVER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES INC., LISA P. MCALISTER, and BRIAN S. BLOCK,<br><br>Defendants. | Civil Action No. 14-CV-8668<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| STUART RUBINSTEIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES INC., BRIAN S. BLOCK, LISA P. MCALISTER, AND NICOLAS S. SCHORSCH<br><br>Defendants. | Case No. 14-CV-8669<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| KEVIN PATTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., DAVID S. KAY, NOCHOLAS S. SCHORSCH, BRIAN S. BLOCK, and LISA MCALISTER,<br><br>Defendants. | Case No.: 14-CV-8671<br><br>CLASS ACTION<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK, and LISA PAVELKA McALISTER,<br><br>Defendants. | Case No.: 14-CV-8721<br><br>CLASS ACTION<br><br>COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br><u>DEMAND FOR JURY TRIAL</u> |
| BERNEY HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN S. BLOCK, DAVID S. KAY and LISA P. MCALISTER,<br><br>Defendants. | Civil Action No. 14-CV-8740<br><br><u>CLASS ACTION</u><br><br>COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br><u>DEMAND FOR JURY TRIAL</u> |

| | |
|---|---|
| SIMON ABADI, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>                          v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER M. BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, and SCOTT J. BOWMAN,<br><br>                      Defendants. | Case No. 14-CV-9006<br><br>**SUMMONS IN A CIVIL ACTION** |

## NOTICE OF MOTION OF SJUNDE AP-FONDEN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

      PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Alvin Hellerstein at the U.S. District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York, Sjunde Ap-Fonden ("AP7") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and Section 27(a)(3)(B) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B) as amended by the PSLRA for the entry of an order: (1) appointing AP7 as Lead Plaintiff; (2) approving AP7's selection of Grant & Eisenhofer P.A. as lead counsel; and (3) for any such further relief that this Court may deem just and proper. This Motion is made on the grounds that AP7 is the "most adequate plaintiff" pursuant to the

PSLRA. In support of this Motion, AP7 submits the accompanying Memorandum of Law and the Declaration of Geoffrey C. Jarvis.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 29, 2014 | **GRANT & EISENHOFER P.A.** |
|  | /s/ Jay W. Eisenhofer |
|  | Jay W. Eisenhofer |
|  | Geoffrey C. Jarvis |
|  | Jonathan M. Kass |
|  | 485 Lexington Ave., 29th Floor |
|  | New York, NY 10017 |
|  | Tel: (646) 722-8500 |
|  | *Counsel for Sjunde Ap-Fonden Proposed Lead Counsel for the Class* |

2