# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY CIRAULU, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, and LISA P. MCALISTER,<br><br>                Defendants. | Case No. 14-CV-8659<br><br>**<u>CLASS ACTION</u>**<br><br>**COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |
| BERNARD PRIEVER, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES INC., LISA P. MCALISTER, and BRIAN S. BLOCK,<br><br>                Defendants. | Civil Action No. 14-CV-8668<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| STUART RUBINSTEIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES INC., BRIAN S. BLOCK, LISA P. MCALISTER, AND NICOLAS S. SCHORSCH<br><br>                Defendants. | Case No. 14-CV-8669<br><br>**<u>CLASS ACTION</u>**<br><br>**COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

| | |
|---|---|
| KEVIN PATTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., DAVID S. KAY, NOCHOLAS S. SCHORSCH, BRIAN S. BLOCK, and LISA MCALISTER,<br><br>Defendants. | Case No.: 14-CV-8671<br><br>CLASS ACTION<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK, and LISA PAVELKA McALISTER,<br><br>Defendants. | Case No.: 14-cv-08721<br><br>CLASS ACTION<br><br>COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br><br><br>DEMAND FOR JURY TRIAL |
| BERNEY HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN S. BLOCK, DAVID S. KAY and LISA P. MCALISTER,<br><br>Defendants. | Civil Action No. 14-CV-8740<br><br>CLASS ACTION<br><br>COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br><br><br>DEMAND FOR JURY TRIAL |

| | |
|---|---|
| SIMON ABADI, On Behalf of Himself and All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>                       v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER M. BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, and SCOTT J. BOWMAN,<br><br>                       Defendants. | Case No. 14-CV-9006<br><br>**SUMMONS IN A CIVIL ACTION** |

### DECLARATION OF GEOFFREY C. JARVIS IN SUPPORT OF THE MOTION OF SJUNDE AP-FONDEN FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Pursuant to 28 U.S.C. § 1746, GEOFFREY C. JARVIS declares as follows:

1. I am a member in good standing of the bar of the State of New York and a member of the bar of this Court. I am a director of Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), counsel for Sjunde AP-Fonden.

2. I respectfully submit this Declaration in support of the Motion for Appointment of Sjunde AP-Fonden as Lead Plaintiff and Approval of Its Selection of Counsel.

3. Attached hereto are true and correct copies of the following exhibits:

    **Exhibit A**: Notice of pendency in *Ciraulu v. American Realty Capital Properties, Inc. et al.*, published on *PR Newswire* on October 30, 2014;

    **Exhibit B**: Sjunde AP-Fonden's sworn PSLRA certification;

**Exhibit C**: A chart of Sjunde AP-Fonden's estimated damages under Section 11(e) of the Securities Act of 1933 relating to its transactions in ARCP securities;

**Exhibit D**: Grant & Eisenhofer P.A.'s firm biography.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2014

*/s/ Geoffrey C. Jarvis*
Geoffrey C. Jarvis