UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY CIRAULU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK and LISA MCALISTER,<br><br>　　　　　Defendants. | Case No. 1:14-cv-08659-AKH<br><br>ECF Case |
| BERNARD PRIEVER, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., LISA P. MCALISTER and BRIAN S. BLOCK,<br><br>　　　　　Defendants. | Case No. 1:14-cv-08668-AKH |

[Additional captions on following page]

# NOTICE OF MOTION

| | |
|---|---|
| STUART RUBENSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN S. BLOCK, LISA MCALISTER and NICHOLAS S. SCHORSCH,<br><br>Defendants. | Case No. 1:14-cv-08669-AKH |
| KEVIN PATTON, Individually and on Behalf of All Others Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., DAVID S. KAY, NICHOLAS S. SCHORSCH, BRIAN S. BLOCK and LISA P. MCALISTER,<br><br>Defendants. | Case No. 1:14-cv-08671-AKH |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK and LISA PAVELKA McALISTER,<br><br>Defendants. | Case No. 1:14-cv-08721-AKH |

[Additional caption on following page]

| | |
|---|---|
| SIMON ABADI, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER M. BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR. LESLIE D. MICHELSON, EDWARD G. RENDELL, and SCOTT J. BOWMAN,<br><br>　　　　　　　Defendants. | Case No. 1:14-cv-09006-AKH |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and Declaration of Jeffrey S. Abraham, movant Charles D. Hoffman will move, on a date and time designated by this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order: (i) consolidate the above-captioned actions pursuant to Fed. R. Civ. P. 42(a), (ii) appointing Charles D. Hoffman as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§77z-1(a)(3)(B) and 78u-4(a)(3)(B); and (iii) approving Mr. Hoffman's selection of Abraham, Fruchter & Twersky, LLP as Lead Counsel; and (iv) for such other and further relief as the Court may deem just and proper.

Dated: December 29, 2014

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

<u>   /s/ Jeffrey S. Abraham          </u>
Jeffrey S. Abraham
Philip T. Taylor
One Penn Plaza, Suite 2808
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655

**Attorneys for Proposed Lead Plaintiff
Charles D. Hoffman**