UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY CIRAULU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK and LISA MCALISTER,<br><br>    Defendants. | Case No. 1:14-cv-08659-AKH<br><br>ECF Case |
| BERNARD PRIEVER, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., LISA P. MCALISTER and BRIAN S. BLOCK,<br><br>    Defendants. | Case No. 1:14-cv-08668-AKH |

[Additional captions on following page]

**<u>DECLARATION OF JEFFREY S. ABRAHAM</u>**

| | |
|---|---|
| STUART RUBENSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN S. BLOCK, LISA MCALISTER and NICHOLAS S. SCHORSCH,<br><br>Defendants. | Case No. 1:14-cv-08669-AKH |
| KEVIN PATTON, Individually and on Behalf of All Others Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., DAVID S. KAY, NICHOLAS S. SCHORSCH, BRIAN S. BLOCK and LISA P. MCALISTER,<br><br>Defendants. | Case No. 1:14-cv-08671-AKH |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK and LISA PAVELKA McALISTER,<br><br>Defendants. | Case No. 1:14-cv-08721-AKH |

[Additional caption on following page]

| | |
|---|---|
| SIMON ABADI, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER M. BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR. LESLIE D. MICHELSON, EDWARD G. RENDELL, and SCOTT J. BOWMAN,<br><br>Defendants. | Case No. 1:14-cv-09006-AKH |

Jeffrey S. Abraham, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a partner at the law firm Abraham, Fruchter & Twersky, LLP ("AF&T"), counsel for movant Charles D. Hoffman in this action, am a member of the New York Bar and a member of the Bar of this Court. I submit this declaration in support of Mr. Hoffman's motion for: (i) consolidation pursuant to Fed. R. Civ. P. 42(a); (ii) appointment of Mr. Hoffman as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (iii) approval of Mr. Hoffman's selection of AF&T as Lead Counsel.

2. Attached hereto as Exhibit A, is a true and correct copy of the notice published pursuant to the PSLRA, on October 30, 2014.

3. Attached hereto as Exhibit B, is a true and correct copy of the Certification of Charles D. Hoffman.

4. Attached hereto as Exhibit C, is a true and correct copy of the firm biography of AF&T.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 29, 2014

                                                      /s/ Jeffrey S. Abraham
                                                        Jeffrey S. Abraham