# EXHIBIT B

# CERTIFICATION OF CHARLES D. HOFFMAN

Charles D. Hoffman ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a copy of the complaint filed in each of the following actions: *Ciraulu v. American Realty Capital Properties, Inc. et al.*, No. 14 CV 8659 (S.D.N.Y.); *Priever v. American Realty Capital Properties, Inc. et al.*, No. 14 CV 8668 (S.D.N.Y.); *Rubenstein v. American Realty Capital Properties, Inc. et al.*, No. 14 CV 8669 (S.D.N.Y.); *Patton v. American Realty Capital Properties, Inc. et al.* No. 14 CV 8671 (S.D.N.Y.); and *Edwards v. American Realty Capital Properties, Inc. et al.*, No. 14 CV 8721 (S.D.N.Y.). I have authorized Abraham, Fruchter & Twersky, LLP to file another similar complaint or to move for my appointment as a lead plaintiff in these related actions.

2. I did not purchase securities of American Realty Capital Properties, Inc. ("American Realty" or the "Company") at the direction of my counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in American Realty securities during the proposed class period of between May 8, 2014 and October 28, 2014, inclusive, alleged in the *Priever* complaint are set forth in the pages attached hereto as Exhibit A. In addition, I did not own or trade in the Company's securities between May 6, 2013 (the start date for the class period in the *Rubenstein* complaint) and May 8, 2014 (the start date for the class period in the *Priever* complaint).

5. In the past three years, I have not served, nor sought to serve, as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept payment for serving as a representative party on behalf of a class

beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8 day of December, 2014.

_____
Charles Hoffman

# EXHIBIT A

## CLASS PERIOD TRANSACTIONS IN AMERICAN REALTY SECURITIES

| Date | Action | Symbol | Quantity | Price ($) |
|---|---|---|---|---|
| 09/09/2014 | BOUGHT | ARCP | 3000 | 13.15 |
| 09/09/2014 | BOUGHT | ARCP | 7700 | 13.15 |
| 09/09/2014 | BOUGHT | ARCP | 9300 | 13.15 |
| 09/10/2014 | BOUGHT | ARCP | 1900 | 13.04 |
| 09/10/2014 | BOUGHT | ARCP | 1994 | 13.04 |
| 09/10/2014 | BOUGHT | ARCP | 2900 | 13.04 |
| 09/10/2014 | BOUGHT | ARCP | 5900 | 13.04 |
| 09/10/2014 | BOUGHT | ARCP | 7300 | 13.04 |
| 09/11/2014 | BOUGHT | ARCP | 1200 | 13.02 |
| 09/11/2014 | BOUGHT | ARCP | 8804 | 13.02 |
| 09/12/2014 | BOUGHT | ARCP | 6500 | 12.56 |
| 09/15/2014 | BOUGHT | ARCP | 7002 | 12.46 |
| 09/15/2014 | BOUGHT | ARCP | 7500 | 12.46 |
| 09/18/2014 | BOUGHT | ARCP | 100 | 12.45 |
| 09/18/2014 | BOUGHT | ARCP | 200 | 12.48 |
| 09/18/2014 | BOUGHT | ARCP | 1100 | 12.49 |
| 09/18/2014 | BOUGHT | ARCP | 3800 | 12.45 |
| 09/18/2014 | BOUGHT | ARCP | 5500 | 12.45 |
| 09/18/2014 | BOUGHT | ARCP | 7100 | 12.45 |
| 09/18/2014 | BOUGHT | ARCP | 7700 | 12.49 |
| 09/18/2014 | BOUGHT | ARCP | 8300 | 12.39 |
| 09/22/2014 | SOLD | ARCP | -20500 | 12.44 |
| 09/22/2014 | SOLD | ARCP | -2970 | 12.44 |
| 09/22/2014 | SOLD | ARCP | -700 | 12.44 |
| 09/22/2014 | SOLD | ARCP | -330 | 12.44 |
| 09/22/2014 | SOLD | ARCP | -300 | 12.45 |
| 09/22/2014 | BOUGHT | ARCP | 800 | 12.32 |
| 09/22/2014 | BOUGHT | ARCP | 1630 | 12.32 |
| 09/22/2014 | BOUGHT | ARCP | 22570 | 12.32 |
| 09/24/2014 | SOLD | ARCP | -2600 | 12.23 |
| 09/24/2014 | SOLD | ARCP | -400 | 12.24 |
| 09/24/2014 | BOUGHT | ARCP | 5900 | 12.12 |
| 09/24/2014 | BOUGHT | ARCP | 7100 | 12.12 |
| 09/30/2014 | BOUGHT | ARCP | 100 | 12.09 |
| 09/30/2014 | BOUGHT | ARCP | 100 | 12.09 |
| 09/30/2014 | BOUGHT | ARCP | 100 | 12.08 |
| 09/30/2014 | BOUGHT | ARCP | 2200 | 12.09 |
| 09/30/2014 | BOUGHT | ARCP | 7500 | 12.09 |
| 10/07/2014 | BOUGHT | ARCP | 6900 | 11.85 |
| 10/14/2014 | BOUGHT | ARCP | 1800 | 11.69 |
| 10/14/2014 | BOUGHT | ARCP | 4500 | 11.68 |
| 10/14/2014 | BOUGHT | ARCP | 6200 | 11.69 |
| 10/24/2014 | SOLD | ARCP | -14700 | 12.35 |
| 10/24/2014 | SOLD | ARCP | -3000 | 12.35 |
| 10/24/2014 | SOLD | ARCP | -3000 | 12.35 |
| 10/24/2014 | SOLD | ARCP | -2900 | 12.35 |
| 10/24/2014 | SOLD | ARCP | -800 | 12.35 |