**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

| | |
|---|---|
| PERRY CIRAULU, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, and LISA MCALISTER,<br><br>Defendants. | Case No.14-cv-08659 (AKH)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION OF THE ARCP GROUP TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

----------------------------------------------------------X

BERNARD PRIEVER, Individually and On Behalf of All Others Similarly Situated,

       Plaintiff,

       vs.

AMERICAN REALTY CAPITAL PROPERTIES INC., LISA P. MCALISTER, and BRIAN S. BLOCK,

       Defendants.

Case No. 14-cv-08668 (AKH)

**CLASS ACTION**

----------------------------------------------------------X

1

---------------------------------------------------------X
STUART RUBINSTEIN, Individually and On Behalf of All Others Similarly Situated,

       Plaintiff,

       vs.

AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN S. BLOCK, LISA MCALISTE and NICHOLAS S. SCHORSCH,

       Defendants.

Case No. 14-cv-08669 (AKH)

**CLASS ACTION**

---------------------------------------------------------X
KEVIN PATTON, Individually And On Behalf Of All Others Persons Similarly Situated,

       Plaintiff,

       vs.

AMERICAN REALTY CAPITAL PROPERTIES, INC.; DAVID S. KAY; NICHOLAS S. SCHORSCH; BRIAN S. BLOCK; AND LISA P. MCALISTER,

       Defendants.

Case No. 14-cv-08671 (AKH)

**CLASS ACTION**

---------------------------------------------------------X
JAMES W. EDWARDS, JR., Individually And On Behalf Of All Others Similarly Situated,

       Plaintiff,

       vs.

AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK and LISA PAVELKA McALISTER

       Defendants.

Case No. 14-cv-08721 (AKH)

**CLASS ACTION**

---------------------------------------------------------X

```
---------------------------------------------------------X
SIMON ABADI, On Behalf Of Himself     Case No. 14-cv-09006 (AKH)
and All Others Similarly Situated,
                                      CLASS ACTION
              Plaintiff,

        vs.

AMERICAN REALTY CAPITAL
PROPERTIES, INC., NICHOLAS S.
SCHORSCH, DAVID S. KAY, PETER M.
BUDKO, BRIAN S. BLOCK, LISA E.
BEESON, WILLIAM M. KAHANE,
EDWARD M. WEIL, JR., LESLIE D.
MICHELSON, EDWARD G. RENDELL, and
SCOTT J. BOWMAN,

              Defendants.
---------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Heng Kok Lee & You Tick Lee Revocable Living Trust DTD 12/3/99, Stephen Chino and Stephen Tubin, individually and on behalf of all others similarly situated ("Movants" or the "ARCP Group") do hereby move this Court, the Hon. Alvin K. Hellerstein, United States District Judge for an Order:

(a) Consolidating the above-captioned related actions:

(b) Appointing Movants to serve as Lead Plaintiff on behalf of those investors who exchanged their Cole Real Estate Investments, Inc. common stock for ARCP common stock pursuant to a December 23, 2013 merger registration statement; and

(c) Approving Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movants submit: (1) Memorandum of Law (with exhibits); and

3

(2) a [Proposed] Order

Dated: December 29, 2014                          Respectfully submitted,

                                                  THE ROSEN LAW FIRM, P.A

                                                  /s/ Phillip Kim
                                                  Phillip Kim, Esq. (PK 9384)
                                                  Laurence M. Rosen, Esq. (LR 5733)
                                                  275 Madison Avenue, 34th Floor
                                                  New York, NY 10016
                                                  Telephone: (212) 686-1060
                                                  Facsimile: (212) 202-3827
                                                  pkim@rosenlegal.com
                                                  lrosen@rosenlegal.com

                                                  [Proposed] Lead Counsel for
                                                  Plaintiffs and Class

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 29th day of December, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Philip Kim