UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PERRY CIRAULU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:14-cv-08659-AKH<br><br><u>CLASS ACTION</u> |
| BERNARD PRIEVER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:14-cv-08668-AKH<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF SAMUEL H. RUDMAN IN SUPPORT OF TIAA-CREF'S MOTION
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

|  | x |  |
|---|---|---|
| STUART RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:14-cv-08669-AKH |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., | : : : : |  |
| Defendants. | : : |  |
| KEVIN PATTON, Individually and on Behalf of All Other Persons Similarly Situated, | : : : | Civil Action No. 1:14-cv-08671-AKH |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., | : : : : |  |
| Defendants. | : : |  |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:14-cv-08721-AKH |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., | : : : : |  |
| Defendants. | : : |  |
|  | x |  |

[Caption continued on following page.]

992727_1

|   | x |   |
|---|---|---|
| BERNEY HARRIS, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:14-cv-08740-AKH |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., | : : : : |  |
| Defendants. | : : |  |
| SIMON ABADI, on Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:14-cv-09006-AKH |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., | : : : : |  |
| Defendants. | : : |  |
|   | x |   |

I, SAMUEL H. RUDMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff and the class in the above-captioned actions. I make this declaration in support of TIAA-CREF's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Notice of pendency of class action published in *GlobeNewswire* on October 30, 2014;

Exhibit 2: Notice of pendency of class action published in *GlobeNewswire* on December 1, 2014;

Exhibit 3: TIAA-CREF's Certification;

Exhibit 4: Estimate of TIAA-CREF's losses;

Exhibit 5: Declaration of Jonathan Feigelson in Support of TIAA-CREF's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel; and

Exhibit 6: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of December, 2014.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

- 1 -
992727_1

# Mailing Information for a Case 1:14-cv-08659-AKH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Koon-Pon Chan**
  kchan@rosenlegal.com

- **Geoffrey Coyle Jarvis**
  gjarvis@gelaw.com,cnevers@gelaw.com,tschuster@gelaw.com,jkairis@gelaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Francis Paul McConville**
  fmcconville@pomlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`