EXHIBIT 4

| Purchases and Losses | | | | | | | | | American Realty Capital Properties |
|---|---|---|---|---|---|---|---|---|---|
| **Name** | **Date** | **Shares Purchased** | **Share Price** | **Total Cost** | **Date** | **Shares Sold** | **Share Price** | **Total Proceeds** | **Total Gain (Loss)** |
| **College Retirement Equities Fund** | 06/28/2013 | 116,652 | $15.25 | $1,779,432.94 | 08/02/2013 | 1,262 | $14.10 | $17,793.57 | |
| | 06/28/2013 | 89,600 | $15.25 | $1,366,776.32 | 08/13/2013 | 2,559 | $13.44 | $34,392.19 | |
| | 06/28/2013 | 45,741 | $15.25 | $697,742.36 | 08/29/2013 | 1,879 | $13.42 | $25,219.94 | |
| | 06/28/2013 | 318,129 | $15.25 | $4,852,803.39 | 09/04/2013 | 1,535 | $12.87 | $19,748.54 | |
| | 06/28/2013 | 138,142 | $15.25 | $2,107,245.70 | 11/20/2013 | 3,862 | $12.96 | $50,042.25 | |
| | 07/02/2013 | 4,330 | $14.90 | $64,517.00 | 12/02/2013 | 1,100 | $13.34 | $14,677.96 | |
| | 07/08/2013 | 16,400 | $14.23 | $233,439.24 | 12/03/2013 | 3,735 | $13.30 | $49,676.99 | |
| | 07/09/2013 | 14,500 | $14.36 | $208,273.65 | 12/13/2013 | 8,059 | $12.59 | $101,424.93 | |
| | 07/16/2013 | 16,200 | $14.90 | $241,438.32 | 12/20/2013 | 8,491 | $12.61 | $107,088.49 | |
| | 09/10/2013 | 12,690 | $12.63 | $160,216.33 | 02/20/2014 | 2,500 | $14.11 | $35,265.25 | |
| | 12/27/2013 | 15,410 | $12.77 | $196,813.44 | 06/25/2014 | 6,418 | $12.39 | $79,519.02 | |
| | 2/7/2014[A] | 1,780 | $13.99 | $24,902.20 | 06/27/2014 | 66,735 | $12.50 | $834,427.75 | |
| | 2/7/2014[A] | 23,754 | $13.99 | $332,318.46 | 06/27/2014 | 262,900 | $12.50 | $3,287,196.44 | |
| | 2/7/2014[A] | 50,102 | $13.99 | $700,926.98 | 06/27/2014 | 164,801 | $12.50 | $2,060,605.78 | |
| | 2/7/2014[A] | 6,120 | $13.99 | $85,618.80 | 06/27/2014 | 1,364,040 | $12.50 | $17,055,410.54 | |
| | 02/28/2014 | 244,000 | $14.69 | $3,583,384.00 | 07/29/2014 | 5,886 | $13.20 | $77,708.74 | |
| | 02/28/2014 | 130,000 | $14.69 | $1,909,180.00 | 07/31/2014 | 4,678 | $13.11 | $61,328.58 | |
| | 02/28/2014 | 89,810 | $14.69 | $1,318,949.66 | 07/31/2014 | 15,397 | $13.13 | $202,128.74 | |
| | 02/28/2014 | 711,396 | $14.69 | $10,447,561.66 | 07/31/2014 | 8,357 | $13.12 | $109,669.75 | |
| | 02/28/2014 | 105,900 | $14.69 | $1,555,247.40 | 09/03/2014 | 1,893 | $13.26 | $25,101.18 | |
| | 02/28/2014 | 21,793 | $14.69 | $320,106.48 | 09/03/2014 | 18,223 | $13.29 | $242,094.38 | |
| | 03/04/2014 | 43,300 | $14.87 | $644,057.19 | 09/03/2014 | 439 | $13.26 | $5,821.14 | |
| | 03/20/2014 | 19,635 | $13.83 | $271,504.93 | 09/03/2014 | 4,230 | $13.26 | $56,089.80 | |
| | 04/30/2014 | 45,072 | $13.08 | $589,744.58 | 09/08/2014 | 2,246 | $13.25 | $29,759.50 | |
| | 05/30/2014 | 67,000 | $12.41 | $831,135.00 | 09/10/2014 | 200 | $13.20 | $2,640.00 | |
| | 05/30/2014 | 29,250 | $12.41 | $362,846.25 | 09/16/2014 | 2,414 | $12.64 | $30,512.96 | |
| | 05/30/2014 | 219,280 | $12.41 | $2,720,168.40 | 09/16/2014 | 11,488 | $12.57 | $144,403.01 | |
| | 05/30/2014 | 25,900 | $12.41 | $321,289.50 | 09/17/2014 | 12,593 | $12.62 | $158,918.62 | |
| | 05/30/2014 | 10,748 | $12.40 | $133,275.20 | 09/18/2014 | 2,505 | $12.44 | $31,153.43 | |
| | 06/05/2014 | 4,010 | $12.44 | $49,884.40 | 09/23/2014 | 1,818 | $12.37 | $22,483.75 | |
| | 06/27/2014 | 258,186 | $12.50 | $3,226,395.53 | 09/24/2014 | 11,055 | $12.18 | $134,695.23 | |
| | 06/27/2014 | 42,064 | $12.50 | $525,648.57 | 09/25/2014 | 2,998 | $12.09 | $36,241.02 | |
| | 06/27/2014 | 83,202 | $12.50 | $1,039,725.47 | 09/30/2014 | 5,602 | $12.14 | $68,018.36 | |
| | 06/27/2014 | 49,034 | $12.50 | $612,748.48 | 10/01/2014 | 12,987 | $12.02 | $156,131.01 | |
| | 07/10/2014 | 316,655 | $12.49 | $3,955,084.28 | 10/08/2014 | 702 | $11.91 | $8,362.79 | |
| | 07/10/2014 | 56,900 | $12.45 | $708,268.44 | 10/08/2014 | 6,325 | $11.90 | $75,267.50 | |
| | 07/10/2014 | 488,430 | $12.51 | $6,112,603.76 | 10/08/2014 | 4,231 | $11.90 | $50,348.90 | |
| | 07/11/2014 | 98,474 | $12.57 | $1,237,631.08 | 10/23/2014 | 3,631 | $12.22 | $44,369.00 | |
| | 07/11/2014 | 64,100 | $12.57 | $805,954.94 | 10/24/2014 | 4,059 | $12.35 | $50,128.65 | |
| | 07/11/2014 | 217,298 | $12.57 | $2,730,588.40 | 10/29/2014 | 981 | $10.00 | $9,810.00 | |
| | 08/04/2014 | 3,705 | $13.32 | $49,350.60 | 10/29/2014 | 1,920 | $8.98 | $17,239.49 | |
| | 08/11/2014 | 2,346 | $13.02 | $30,544.92 | 10/29/2014 | 3,058 | $10.00 | $30,580.00 | |
| | 08/21/2014 | 12,631 | $13.30 | $167,992.30 | 10/29/2014 | 4,039 | $10.00 | $40,390.00 | |
| | 08/29/2014 | 4,570 | $13.16 | $60,129.32 | 10/29/2014 | 14,290 | $9.02 | $128,828.64 | |
| | 10/13/2014 | 800 | $11.62 | $9,294.24 | 10/29/2014 | 1,780 | $9.29 | $16,536.20 | |
| | 10/13/2014 | 2,400 | $11.58 | $27,792.00 | 10/30/2014 | 6,000 | $9.42 | $56,537.40 | |
| | 10/13/2014 | 6,490 | $11.59 | $75,239.87 | 10/31/2014 | 7,237 | $9.15 | $66,182.37 | |
| | 10/20/2014 | 2,900 | $12.08 | $35,032.00 | 11/03/2014 | 11,706 | $8.71 | $101,997.89 | |

| Name | Purchase Date | Shares | Price | Cost | Sale Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 10/20/2014 | 4,195 | $12.08 | $50,675.60 | 11/04/2014 | 16,113 | $8.57 | $138,128.69 | |
| | 10/29/2014 | 981 | $10.00 | $9,810.00 | 11/04/2014 | 2,130 | $8.57 | $18,259.43 | |
| | 10/29/2014 | 3,058 | $10.00 | $30,580.00 | 11/05/2014 | 100,000 | $8.60 | $860,000.00 | |
| | | | | | 11/05/2014 | 82,589 | $8.60 | $710,265.40 | |
| | | | | | 11/05/2014 | 57,140 | $8.60 | $491,404.00 | |
| | | | | | 11/05/2014 | 49,034 | $8.60 | $421,692.40 | |
| | | | | | 11/05/2014 | 24,382 | $8.60 | $209,685.20 | |
| | | | | | 11/05/2014 | 80,080 | $8.60 | $688,688.00 | |
| | | | | | 11/05/2014 | 6,120 | $8.60 | $52,632.00 | |
| | | | | | 11/06/2014 | 5,800 | $8.78 | $50,910.08 | |
| | | | | | held | 1,836,831 | $8.83 | $16,211,054.04 | |
| | | **4,355,063** | | **$59,611,889.57** | | **4,355,063** | | **$45,916,686.91** | **($13,695,202.66)** |
| **TIAA Account** | 06/21/2013 | 214,290 | $14.47 | $3,100,476.29 | 09/20/2013 | 12,180 | $12.68 | $154,442.40 | |
| | 06/25/2013 | 142,860 | $14.71 | $2,101,513.46 | 12/20/2013 | 5,970 | $12.61 | $75,281.70 | |
| | 06/28/2013 | 7,027 | $15.25 | $107,191.26 | 01/07/2014 | 6,334 | $12.86 | $81,457.77 | |
| | 07/26/2013 | 37,330 | $14.40 | $537,384.02 | 01/08/2014 | 10,596 | $12.72 | $134,828.80 | |
| | 08/20/2013 | 75,000 | $13.05 | $978,750.00 | 2/11/2014[B] | 1 | $13.78 | $13.78 | |
| | 01/21/2014 | 124,600 | $13.99 | $1,743,154.00 | 03/21/2014 | 14,880 | $14.28 | $212,412.00 | |
| | 01/23/2014 | 23,880 | $14.07 | $336,089.51 | 04/23/2014 | 103,950 | $13.35 | $1,388,137.91 | |
| | 2/7/2014[A] | 1,244,638 | $13.99 | $17,412,485.62 | 06/20/2014 | 32,460 | $12.59 | $408,785.01 | |
| | 02/28/2014 | 14,680 | $14.69 | $215,590.48 | 07/10/2014 | 3,224 | $12.54 | $40,444.11 | |
| | 05/30/2014 | 4,325 | $12.41 | $53,651.63 | 09/29/2014 | 1,000 | $12.31 | $12,311.20 | |
| | 06/03/2014 | 340,640 | $12.71 | $4,330,999.15 | 10/16/2014 | 1,500 | $12.01 | $18,020.55 | |
| | 06/27/2014 | 14,074 | $12.50 | $175,874.33 | 10/30/2014 | 2,016,867 | $9.42 | $18,998,887.14 | |
| | | | | | 11/05/2014 | 5,800 | $8.60 | $49,880.00 | |
| | | | | | 11/20/2014 | 1,500 | $8.97 | $13,456.05 | |
| | | | | | 11/26/2014 | 2,500 | $9.42 | $23,553.75 | |
| | | | | | held | 24,582 | $8.83 | $216,949.81 | |
| | | **2,243,344** | | **$31,093,159.75** | | **2,243,344** | | **$21,828,861.98** | **($9,264,297.77)** |
| **TIAA Real Estate Securities Fund** | 05/22/2013 | 150,000 | $17.45 | $2,617,740.00 | 06/21/2013 | 24,844 | $14.30 | $355,269.20 | |
| | 01/24/2014 | 150,000 | $14.02 | $2,103,420.00 | 06/21/2013 | 12,656 | $14.22 | $180,003.76 | |
| | 2/7/2014[A] | 1,092,900 | $13.99 | $15,289,671.00 | 06/21/2013 | 112,500 | $14.14 | $1,590,187.50 | |
| | | | | | 02/21/2014 | 142,900 | $14.19 | $2,027,808.16 | |
| | | | | | 05/13/2014 | 250,000 | $13.41 | $3,351,525.00 | |
| | | | | | 10/31/2014 | 850,000 | $9.15 | $7,773,250.00 | |
| | | **1,392,900** | | **$20,010,831.00** | | **1,392,900** | | **$15,278,043.62** | **($4,732,787.38)** |
| **TIAA CREF Equity Index Fund** | 06/28/2013 | 57,343 | $15.25 | $874,721.59 | 11/05/2014 | 60,000 | $8.60 | $516,000.00 | |
| | 08/28/2013 | 1,228 | $13.31 | $16,344.68 | held | 301,539 | $8.83 | $2,661,249.20 | |
| | 02/28/2014 | 124,400 | $14.69 | $1,826,938.40 | | | | | |
| | 04/15/2014 | 6,400 | $13.44 | $86,016.00 | | | | | |
| | 05/30/2014 | 43,030 | $12.41 | $533,787.15 | | | | | |
| | 06/27/2014 | 129,138 | $12.50 | $1,613,760.10 | | | | | |
| | | **361,539** | | **$4,951,567.92** | | **361,539** | | **$3,177,249.20** | **($1,774,318.73)** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TIAA CREF Small Cap Blend Index Fund** | 06/28/2013 | 136,920 | $15.25 | $2,088,605.06 | 08/28/2013 | 1,228 | $13.31 | $16,344.68 | |
| | 07/10/2013 | 3,550 | $14.45 | $51,297.50 | 08/28/2013 | 82 | $13.31 | $1,091.42 | |
| | 07/18/2013 | 2,010 | $15.00 | $30,150.00 | 10/11/2013 | 3,300 | $12.42 | $40,986.00 | |
| | 08/06/2013 | 2,320 | $13.72 | $31,830.40 | 12/20/2013 | 2,770 | $12.61 | $34,935.24 | |
| | 10/07/2013 | 3,900 | $12.66 | $49,374.00 | 05/08/2014 | 4,690 | $12.86 | $60,313.40 | |
| | 10/10/2013 | 3,270 | $12.34 | $40,335.45 | 05/13/2014 | 8,140 | $13.39 | $108,994.60 | |
| | 10/18/2013 | 3,800 | $13.29 | $50,502.00 | 06/18/2014 | 8,210 | $12.07 | $99,094.70 | |
| | 12/05/2013 | 4,050 | $12.90 | $52,245.00 | 06/27/2014 | 556,800 | $12.50 | $6,962,004.48 | |
| | 01/30/2014 | 3,580 | $13.92 | $49,833.60 | | | | | |
| | 02/28/2014 | 318,370 | $14.69 | $4,675,581.82 | | | | | |
| | 03/05/2014 | 8,310 | $14.64 | $121,658.40 | | | | | |
| | 05/30/2014 | 95,140 | $12.41 | $1,180,211.70 | | | | | |
| | | **585,220** | | **$8,421,624.93** | | **585,220** | | **$7,323,764.52** | **($1,097,860.41)** |
| **TIAA CREF Large Cap Value Index Fund** | 06/27/2014 | 198,676 | $12.50 | $2,482,734.77 | 11/05/2014 | 16,000 | $8.60 | $137,600.00 | |
| | 07/02/2014 | 3,359 | $12.62 | $42,390.58 | held | 229,310 | $8.83 | $2,023,788.14 | |
| | 07/16/2014 | 6,931 | $12.88 | $89,271.28 | | | | | |
| | 07/22/2014 | 2,294 | $12.94 | $29,672.89 | | | | | |
| | 08/04/2014 | 3,339 | $13.32 | $44,475.48 | | | | | |
| | 08/08/2014 | 2,326 | $12.99 | $30,203.11 | | | | | |
| | 08/21/2014 | 4,664 | $13.30 | $62,031.20 | | | | | |
| | 08/22/2014 | 2,256 | $13.19 | $29,756.64 | | | | | |
| | 09/03/2014 | 439 | $13.26 | $5,821.14 | | | | | |
| | 09/03/2014 | 1,893 | $13.26 | $25,101.18 | | | | | |
| | 09/08/2014 | 2,246 | $13.25 | $29,759.50 | | | | | |
| | 09/16/2014 | 2,414 | $12.64 | $30,512.96 | | | | | |
| | 10/02/2014 | 2,493 | $11.85 | $29,542.05 | | | | | |
| | 10/16/2014 | 2,899 | $12.08 | $35,019.92 | | | | | |
| | 10/17/2014 | 5,042 | $11.92 | $60,100.64 | | | | | |
| | 10/29/2014 | 4,039 | $10.00 | $40,390.00 | | | | | |
| | | **245,310** | | **$3,066,783.34** | | **245,310** | | **$2,161,388.14** | **($905,395.19)** |
| **TIAA CREF Life Real Estate Securities Fund** | 05/22/2013 | 10,000 | $17.45 | $174,516.00 | 06/21/2013 | 1,656 | $14.30 | $23,680.80 | |
| | 01/24/2014 | 10,000 | $14.02 | $140,228.00 | 06/21/2013 | 844 | $14.22 | $12,004.04 | |
| | 2/7/2014[A] | 81,967 | $13.99 | $1,146,718.33 | 06/21/2013 | 7,500 | $14.14 | $106,012.50 | |
| | | | | | 02/21/2014 | 11,967 | $14.19 | $169,816.52 | |
| | | | | | 05/13/2014 | 20,000 | $13.41 | $268,122.00 | |
| | | | | | 08/20/2014 | 15,000 | $13.09 | $196,350.00 | |
| | | | | | 10/31/2014 | 45,000 | $9.15 | $411,525.00 | |
| | | **101,967** | | **$1,461,462.33** | | **101,967** | | **$1,187,510.86** | **($273,951.47)** |
| **TIAA CREF Life Equity Index Fund** | 06/28/2013 | 2,013 | $15.25 | $30,706.70 | 11/05/2014 | 2,000 | $8.60 | $17,200.00 | |
| | 02/28/2014 | 3,843 | $14.69 | $56,438.30 | held | 11,261 | $8.83 | $99,384.58 | |
| | 03/17/2014 | 970 | $14.27 | $13,841.90 | | | | | |
| | 06/27/2014 | 5,355 | $12.50 | $66,918.22 | | | | | |
| | 07/02/2014 | 1,080 | $12.62 | $13,629.60 | | | | | |

|  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|
|  | 13,261 | $181,534.72 | 13,261 | $116,584.58 | ($64,950.14) |
| **Total** | **9,298,604** | **$128,798,853.57** | **9,298,604** | **$96,990,089.81** | *($31,808,763.76)* |

For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 57 calendar days between October 30, 2014 and December 26, 2014.  The price used is $8.83 as of December 19, 2014.

For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Post-class period sales reflect sales through month end November 30, 2014.

[A]Shares exchanged in Cole Merger. Valued at closing price on date of merger.
[B]Delivery of share valued at closing price