UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY CIRAULU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, and LISA MCALISTER,<br><br>Defendants. | Case No. 1:14-cv-8659-AKH<br><br>Related Case Nos.:<br><br>14-cv-8671, 14-cv-8669, 14-cv-8668, 14-cv-8721, 14-cv-9006, 14-cv-9140, 14-cv-9444, 14-cv-9672 |

## MOTION OF MITCHELL AND BONNIE ELLIS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL

Proposed lead plaintiffs Mitchell and Bonnie Ellis (the "Ellis's" or "Movants"), by their counsel, will hereby move this Court for an Order (attached hereto): (i) consolidating the above-captioned actions; (ii) appointing the Movants as Lead Plaintiffs; (iii) approving the Movants' selection of the law firm Levi & Korsinsky LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of their Motion, the Movants submit herewith a Memorandum of Law and the Declaration of Adam M. Apton, dated December 29, 2014.

Dated: December 29, 2014　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LEVI & KORSINSKY LLP

　　　　　　　　　　　　　　　　　　/s/ Adam M. Apton
　　　　　　　　　　　　　　　　　　Nicholas I. Porritt
　　　　　　　　　　　　　　　　　　Adam M. Apton
　　　　　　　　　　　　　　　　　　30 Broad Street, 24th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Tel: (212) 363-7500
　　　　　　　　　　　　　　　　　　Fax: (866) 367-6510

　　　　　　　　　　　　　　　　　　*Counsel for Movants Mitchell and Bonnie Ellis*