UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY CIRAULU, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, and LISA MCALISTER,<br><br>        Defendants. | **No.:** 1:14-cv-08659-AKH<br><br>Hon. Alvin K. Hellerstein<br><br>ECF Case |

*(Additional captions on following pages)*

**NOTICE OF MOTION AND MOTION BY THE CITY OF TAMPA GENERAL EMPLOYEES RETIREMENT FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

| | |
|---|---|
| BERNARD PRIEVER, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) **No.:** 1:14-cv-08668-AKH<br>) |
| v. | )<br>) |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., LISA MCALISTER, and BRIAN BLOCK, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| STUART RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) **No.:** 1:14-cv-08669-AKH<br>) |
| v. | )<br>) |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN BLOCK; LISA MCALISTER and NICHOLAS S. SCHORSCH; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| KEVIN PATTON, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) **No.:** 1:14-cv-08671-AKH<br>) |
| v. | )<br>) |
| AMERICAN REALTY CAPITAL PROPERTIES, INC.; DAVID S. KAY; NICHOLAS S. SCHORSCH; BRIAN BLOCK; and LISA MCALISTER, | )<br>)<br>)<br>)<br>) |
| Defendant [sic] | )<br>) |

| | |
|---|---|
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC.; NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK and LISA PAVELKA MCALISTER, <br><br> Defendants. | **No.:** 1:14-cv-08721-AKH |
| BERNEY HARRIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN BLOCK, DAVID S. KAY and LISA MCALISTER, <br><br> Defendants. | **No.:** 1:14-cv-08740-AKH |
| SIMON ABADI, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, and SCOTT J. BOWMAN, <br><br> Defendants. | **No.:** 1:14-cv-09006-AKH |

| | |
|---|---|
| THE CITY OF TAMPA GENERAL EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, PETER M. BUDKO, EDWARD M. WEIL, JR., BRIAN D. JONES, WILLIAM M. KAHANE, EDWARD G. RENDELL, WALTER P. LOMAX, JR., LESLIE D. MICHELSON, SCOTT J. BOWMAN, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., J.P. MORGAN SECURITIES LLC, CAPITAL ONE SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., WELLS FARGO SECURITIES, LLC, ROBERT W. BAIRD & CO. INC., LADENBURG THALMANN & CO. INC., BMO CAPITAL MARKETS CORP., JMP SECURITIES LLC, JANNEY MONTGOMERY SCOTT LLC, MIZUHO SECURITIES USA INC., PNC CAPITAL MARKETS LLC, PIPER JAFFRAY & CO., AND RBS SECURITIES INC.,<br><br>Defendants. | **No.:** 1:14-cv-10134-UA |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion For Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel by The City Of Tampa General Employees Retirement Fund ("Tampa" or the "Movant") filed herewith, proposed Lead Plaintiff, Tampa, hereby moves this Court, the Honorable Alvin K. Hellerstein, United States District Court, Southern District of New York, Room 14D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY, 10007, for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Tampa as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of American Realty Capital Properties, Inc. ("American Realty" or the "Company") from May 6, 2013 through October 29, 2014, inclusive (the "Class"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; or in the alternative, appointing Tampa as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired common stock of American Realty pursuant or traceable to the prospectus and registration statement issued in connection with the Company's May 21, 2014 Secondary Offering of 138 million shares of its common stock  (the "Sub-Class"), pursuant to pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Lead Plaintiff's selection of Morgan & Morgan, P.C. as Lead Counsel for the Class and/or the Sub-Class; and, (4) granting such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: December 29, 2014<br>New York, New York | Respectfully submitted,<br>**MORGAN & MORGAN, P.C.**<br><br>*/s/*<br>───────────────<br>Peter Safirstein<br>Elizabeth S. Metcalf<br>28 W. 44th St., Suite 2001<br>New York, NY 10036<br>Telephone: (212) 564-1637<br>Facsimile: (212) 564-1807<br>Email: psafirstein@MorganSecuritiesLaw.com<br>　　　　emetcalf@MorganSecuritiesLaw.com<br><br><br>Christopher S. Polaszek<br>**Morgan & Morgan, P.A.**<br>One Tampa City Center<br>201 N. Franklin St., 7th Fl.<br>Tampa, FL 33602<br>Telephone: (813) 314-6484<br>Facsimile: (813) 222-2406<br>Email: cpolaszek@MorganSecuritiesLaw.com<br><br><br>*Counsel for Movant and Proposed Lead*<br>*Counsel for the Class and/or Sub-Class* |