**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERRY CIRAULU, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, AND LISA MCALISTER,<br><br>                Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-08659-AKH<br><br>Judge Alvin K. Hellerstein |
| BERNARD PRIEVER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN BLOCK, AND LISA MCALISTER,<br><br>                Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-08668-AKH<br><br>Judge Alvin K. Hellerstein |
| STUART RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN BLOCK, AND LISA MCALISTER,<br><br>                Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-08669-AKH<br><br>Judge Alvin K. Hellerstein |

**NOTICE OF MOTION OF THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO AND THE OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| KEVIN PATTON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN BLOCK, AND LISA MCALISTER,<br><br>        Defendants. | Electronically Filed<br><br>Civil Action 1:14-cv-08671-AKH<br><br>Judge Alvin K. Hellerstein |
| BERNEY HARRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, AND LISA MCALISTER,<br><br>        Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-08740-AKH<br><br>Judge Alvin K. Hellerstein |
| SIMON ABADI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER M. BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, AND SCOTT J. BOWMAN,<br><br>        Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-09006-AKH<br><br>Judge Alvin K. Hellerstein |

| | |
|---|---|
| THE CITY OF TAMPA GENERAL EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, PETER M. BUDKO, EDWARD M. WEIL, JR., BRIAN D. JONES, WILLIAM M. KAHANE, EDWARD G. RENDELL, WALTER P. LOMAX, JR., LESLIE D. MICHELSON, SCOTT J. BOWMAN, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., J.P. MORGAN SECURITIES LLC, CAPITAL ONE SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., WELLS FARGO SECURITIES, LLC, ROBERT W. BAIRD & CO. INC., LADENBURG THALMANN & CO. INC., BMO CAPITAL MARKETS CORP., JMP SECURITIES LLC, JANNEY MONTGOMERY SCOTT LLC, MIZUHO SECURITIES USA INC., PNC CAPITAL MARKETS LLC, PIPER JAFFRAY & CO., AND RBS SECURITIES INC.,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-10134<br><br>Judge Alvin K. Hellerstein |

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Alvin K. Hellerstein, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York, the State Teachers Retirement System of Ohio and the Ohio Public Employees Retirement System (collectively, the "Ohio Funds") will respectfully move this Court for entry of an order, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating all related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Ohio Funds as Lead Plaintiff; (3) approving the Ohio Funds' selection of Bernstein Liebhard LLP ("Bernstein Liebhard") and Berman DeValerio to serve as Co-Lead Counsel for the class; and (4) for such further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Ohio Funds believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Ohio Funds believe they have the "largest financial interest" in the relief sought by the class in this action by virtue of, among other things, the substantial losses they collectively suffered on their investment in American Realty Capital Properties, Inc. common stock. The Ohio Funds also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other class members' claims and because they will fairly and adequately represent the class. Moreover, the Ohio Funds are the paradigmatic lead plaintiff envisioned by Congress in enacting the PSLRA because they are sophisticated public pension funds with a substantial financial stake in the relief sought by the class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law In Support thereof, the Declaration of Joseph R. Seidman, Jr. filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Ohio Funds respectfully request that this Court: (1) consolidate the related Actions, and all subsequently-filed, related actions; (2) appoint the Ohio Funds as lead plaintiff in the Actions, and all subsequently-filed, related actions; (3) approve the Ohio Funds' selection of Bernstein Liebhard and Berman DeValerio as co-lead counsel; and (4) grant such other further relief as the Court may deem just and proper.

Dated: December 29, 2014                 Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

/s/ Jeffrey M. Haber
_____
Stanley D. Bernstein
(bernstein@bernlieb.com)
Jeffrey M. Haber
(haber@bernlieb.com)
Joseph R. Seidman, Jr.
(seidman@bernlieb.com)
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**BERMAN DEVALERIO**

Glen DeValerio
Leslie Stern
Jay Eng
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Attorneys for the Ohio Funds and Proposed*

*Co-Lead Counsel for the Class*