**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERRY CIRAULU, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action No. 1:14-cv-08659-AKH |
| vs. | Judge Alvin K. Hellerstein |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, AND LISA MCALISTER, | |
| Defendants. | |
| BERNARD PRIEVER, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action No. 1:14-cv-08668-AKH |
| vs. | Judge Alvin K. Hellerstein |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN BLOCK, AND LISA MCALISTER, | |
| Defendants. | |
| STUART RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action No. 1:14-cv-08669-AKH |
| vs. | Judge Alvin K. Hellerstein |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN BLOCK, AND LISA MCALISTER, | |
| Defendants. | |

**DECLARATION OF JOSEPH R. SEIDMAN, JR. IN
SUPPORT OF MOTION OF THE STATE TEACHERS RETIREMENT
SYSTEM OF OHIO AND THE OHIO PUBLIC EMPLOYEES RETIREMENT
SYSTEM FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| KEVIN PATTON, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action 1:14-cv-08671-AKH |
| vs. | Judge Alvin K. Hellerstein |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN BLOCK, AND LISA MCALISTER, | |
| Defendants. | |
| BERNEY HARRIS, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action No. 1:14-cv-08740-AKH |
| vs. | Judge Alvin K. Hellerstein |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, AND LISA MCALISTER, | |
| Defendants. | |
| SIMON ABADI, Individually and on Behalf of All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action No. 1:14-cv-09006-AKH |
| vs. | Judge Alvin K. Hellerstein |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, PETER M. BUDKO, BRIAN S. BLOCK, LISA E. BEESON, WILLIAM M. KAHANE, EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, AND SCOTT J. BOWMAN, | |
| Defendants. | |

| | |
|---|---|
| THE CITY OF TAMPA GENERAL EMPLOYEES RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK, PETER M. BUDKO, EDWARD M. WEIL, JR., BRIAN D. JONES, WILLIAM M. KAHANE, EDWARD G. RENDELL, WALTER P. LOMAX, JR., LESLIE D. MICHELSON, SCOTT J. BOWMAN, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., J.P. MORGAN SECURITIES LLC, CAPITAL ONE SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., WELLS FARGO SECURITIES, LLC, ROBERT W. BAIRD & CO. INC., LADENBURG THALMANN & CO. INC., BMO CAPITAL MARKETS CORP., JMP SECURITIES LLC, JANNEY MONTGOMERY SCOTT LLC, MIZUHO SECURITIES USA INC., PNC CAPITAL MARKETS LLC, PIPER JAFFRAY & CO., AND RBS SECURITIES INC.,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 1:14-cv-10134<br><br>Judge Alvin K. Hellerstein |

I, JOSEPH R. SEIDMAN, JR., hereby declare as follows:

1. I am a senior associate with the law firm of Bernstein Liebhard LLP ("Bernstein Liebhard"). I make this declaration in support of the accompanying Motion of The State Teachers Retirement System of Ohio and The Ohio Public Employees Retirement System for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. The matters set forth herein are stated within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Press Release; |
| Exhibit 2: | Sworn certification of William J. Neville, General Counsel for State Teachers Retirement System of Ohio ("STRS Ohio"); and sworn certification of Julie Becker, General Counsel for Ohio Public Employees' Retirement System ("OPERS"); |
| Exhibit 3: | Chart evidencing STRS Ohio and OPERS' losses; and |
| Exhibit 4: | Firm resumes for Bernstein Liebhard LLP and Berman DeValerio. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December, 2014, at New York, New York.

/s/ Joseph R. Seidman, Jr.

JOSEPH R. SEIDMAN, JR.