UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
PERRY CIRAULU, Individually and on Behalf : No. 1:14-cv-08659-AKH
of All Others Similarly Situated, :
 :
          Plaintiffs, : **CLASS ACTION**
 :
   vs. :
 :
AMERICAN REALTY CAPITAL :
PROPERTIES, INC., NICHOLAS S. :
SCHORSCH, DAVID S. KAY, BRIAN :
BLOCK, and LISA MCALISTER, :
 :
          Defendants. :
---------------------------------------------------------- x
BERNARD PRIEVER, Individually and on : No. 1:14-cv-08668-AKH
Behalf of All Others Similarly Situated, :
 :
          Plaintiff, : **CLASS ACTION**
 :
   vs. :
 :
AMERICAN REALTY CAPITAL :
PROPERTIES, INC., LISA P. MCALISTER :
and BRIAN S. BLOCK, :
 :
         Defendants. :
---------------------------------------------------------- x

−*caption continued on next page*−

**NOTICE OF MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF COUNSEL**

```
------------------------------------------------------- x
STUART RUBINSTEIN, Individually and on      : No. 1:14-cv-08669-AKH
Behalf of All Others Similarly Situated,    :
                                            : **CLASS ACTION**
            Plaintiffs,                     :
                                            :
    vs.                                     :
                                            :
AMERICAN REALTY CAPITAL                     :
PROPERTIES, INC., BRIAN S. BLOCK, LISA      :
MCALISTER and NICHOLAS S. SCHORSCH,         :
                                            :
            Defendants.                     :
------------------------------------------------------- x
KEVIN PATTON, Individually and on Behalf    : No. 1:14-cv-08671-AKH
of All Others Similarly Situated,           :
                                            : **CLASS ACTION**
            Plaintiff,                      :
                                            :
    vs.                                     :
                                            :
AMERICAN REALTY CAPITAL                     :
PROPERTIES, INC., DAVID S. KAY,             :
NICHOLAS S. SCHORSCH, BRIAN S.              :
BLOCK, and LISA P. MCALISTER,               :
                                            :
            Defendants.                     :
------------------------------------------------------- x
JAMES W. EDWARDS, JR., Individually and     : No. 1:14-cv-08721-AKH
on Behalf of All Others Similarly Situated, :
                                            : **CLASS ACTION**
            Plaintiff,                      :
                                            :
    vs.                                     :
                                            :
AMERICAN REALTY CAPITAL                     :
PROPERTIES, INC., NICHOLAS S.               :
SCHORSCH, DAVID S. KAY, BRIAN S.            :
BLOCK and LISA PAVELKA MCALISTER,           :
                                            :
            Defendants.                     :
------------------------------------------------------- x
```

−*caption continued on next page*−

```
------------------------------------------------------- x
BERNEY HARRIS, Individually and on Behalf  : No. 1:14-cv-08740-AKH
of All Others Similarly Situated,          :
                                           : **CLASS ACTION**
              Plaintiffs,                  :
                                           :
       vs.                                 :
                                           :
AMERICAN REALTY CAPITAL                    :
PROPERTIES, INC., NICHOLAS S.              :
SCHORSCH, BRIAN S. BLOCK, DAVID S.         :
KAY and LISA MCALISTER,                    :
                                           :
              Defendants.                  :
------------------------------------------------------- x
SIMON ABADI, Individually and on Behalf of : No. 1:14-cv-09006-AKH
All Others Similarly Situated,             :
                                           : **CLASS ACTION**
              Plaintiff,                   :
                                           :
       vs.                                 :
                                           :
AMERICAN REALTY CAPITAL                    :
PROPERTIES, INC., NICHOLAS S.              :
SCHORSCH, DAVID S. KAY, PETER M.           :
BUDKO, BRIAN S. BLOCK, LISA E.             :
BEESON, WILLIAM M. KAHANE, EDWARD          :
M. WEIL, JR., LESLIE D. MICHELSON,         :
EDWARD G. RENDELL, and SCOTT J.            :
BOWMAN,                                    :
                                           :
              Defendants.                  :
------------------------------------------------------- x
```

−*caption continued on next page*−

```
------------------------------------------------------- x
THE CITY OF TAMPA GENERAL                          :  No. 1:14-cv-10134-AKH
EMPLOYEES RETIREMENT FUND,                         :
Individually and on Behalf of All Others           :  **CLASS ACTION**
Similarly Situated,                                :
                                                   :
           Plaintiffs,                             :
                                                   :
     vs.                                           :
                                                   :
AMERICAN REALTY CAPITAL                            :
PROPERTIES, INC., NICHOLAS S.                      :
SCHORSCH, DAVID S. KAY, BRIAN                      :
BLOCK, PETER M. BUDKO, EDWARD M.                   :
WEIL, JR., BRIAN D. JONES, WILLIAM M.              :
KAHANE, EDWARD G. RENDELL,                         :
WALTER P. LOMAX, JR., LESLIE D.                    :
MICHELSON, SCOTT J. BOWMAN,                        :
MERRILL LYNCH, PIERCE, FENNER &                    :
SMITH INC., CITIGROUP GLOBAL                       :
MARKETS INC., BARCLAYS CAPITAL                     :
INC., J.P. MORGAN SECURITIES INC.,                 :
CREDIT SUISSE SECURITIES (USA) LLC,                :
DEUTSCHE BANK SECURITIES INC.,                     :
WELLS FARGO SECURITIES, LLC,                       :
ROBERT W. BAIRD & CO. INC.,                        :
LADENBURG THALMANN & CO. INC.,                     :
BMO CAPITAL MARKETS CORP., JMP                     :
SECURITIES LLC, JANNEY                             :
MONTGOMERY SCOTT LLC, MIZUHO                       :
SECURITIES USA INC., PNC CAPITAL                   :
MARKETS LLC, PIPER JAFFRAY & CO., and:
RBS SECURITIES INC.,                               :
                                                   :
           Defendants.                             :
------------------------------------------------------- x
```

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiffs Union Asset Management Holding AG, KBC Asset Management NV, and Sheet Metal Workers' National Pension Fund together (the "Institutional Investor Group"), will move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) consolidating all related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing the Institutional Investor Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (3) approving the Institutional Investor Group's selection of Motley Rice LLC as Lead Counsel for the proposed class. In support of this Motion, the Institutional Investor Group submits the accompanying Memorandum of Law, Declaration of Rebecca M. Katz and exhibits attached thereto, and [Proposed] Order.

DATED: December 29, 2014　　　　　*Respectfully submitted*,

**MOTLEY RICE LLC**

　　　　　　　　　　　　　*s/ Rebecca M. Katz*
　　　　　　　　　　　　　Rebecca M. Katz
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone:　212/577-0040
Facsimile:　212/577-0054
Email:　　　rkatz@motleyrice.com

James M. Hughes
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:　843/216-9000
Facsimile:　843/216-9450
Emails:　　jhughes@motleyrice.com
　　　　　　dabel@motleyrice.com

*Counsel for Proposed Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2014.

*s/ Rebecca M. Katz*
Rebecca M. Katz

MOTLEY RICE LLC
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: 212/577-0040
Facsimile: 212/577-0054
Email: rkatz@motleyrice.com