# Exhibit 1

# PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Dr. Joachim von Cornberg and Dr. Fabian Hannich, on behalf of Union Asset Management Holding AG ("Union"), for account of its funds listed in Schedule A (the "Funds"), declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against American Realty Capital Properties, Inc. ("American Realty") and designate Motley Rice LLC as proposed lead counsel for Union in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of Union and the Funds' behalf, including litigation against American Realty and any other defendants.

3. Union did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Union is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Union also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. Union will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. Union has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Gammel v. Hewlett-Packard Co.*, No. 11-cv-01404-AG-RNB (C.D. Cal.);

*Deangelis v. Corzine, et al.*, No. 11-cv-07866-VM (S.D.N.Y.);

*Louisiana Municipal Police Employees' Retirement System v. The Bank of New York Mellon Corporation, et al.*, No. 11-cv-09175-LAK (S.D.N.Y.);

*Clark v. Barrick Gold Corp., et al.*, No. 13-cv-03851-RPP (S.D.N.Y.); and

*West Virginia Pipe Trades Health & Welfare Fund v. Medtronic, Inc., et al.*, No. 13-cv-01686 (D. Minn.).

7.      Union understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation. Union will provide records of those transactions upon request.

9.      Union is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this __8th__ day of ~~November~~ December, 2014.

For Union Asset Management Holding AG:

_____                    _____
Dr. Joachim von Cornberg                      Dr. Fabian Hannich
General Counsel                               General Counsel

## Schedule A

## American Realty Capital Properties, Inc.

### Class Period: 05/06/13 - 10/29/14

| **Union Asset Management Holding AG** | | **Date** | **Shares** | **Price** |
|---|---|---|---|---|
| **DEVIF-Fonds Nr. 48** (ISIN: US02917TAA25) | | | | |
| | Purchases: | 10/23/13 | 5,000 | $102.2419 |
| | | 10/29/13 | 5,000 | $102.8343 |
| **DEVIF-Fonds Nr. 65** (ISIN: US02917TAA25) | | | | |
| | Purchases: | 10/29/13 | 5,000 | $102.8330 |
| | | 12/09/13 | 5,000 | $100.1580 |
| | | 12/18/13 | 5,000 | $99.9078 |
| **DEVIF-Fonds Nr. 60** (ISIN: US02917TAA25) | | | | |
| | Purchases: | 10/23/13 | 10,000 | $102.2282 |
| | | 12/16/13 | 10,000 | $99.2706 |
| **UIN-Fonds Nr. 560** (ISIN: US02917TAA25) | | | | |
| | Purchases: | 10/23/13 | 5,000 | $102.2488 |
| | | 12/16/13 | 5,000 | $99.2912 |
| **UniInstitutional Convertibles Protect** (ISIN: US02917TAA25) | | | | |
| | Purchases: | 10/31/13 | 15,000 | $101.9636 |
| | | 02/19/14 | 5,000 | $105.5413 |
| | | 03/18/14 | 5,000 | $107.9113 |
| | | 10/02/14 | 20,000 | $99.7095 |
| | | 10/09/14 | 10,000 | $98.7690 |
| | | 10/10/14 | 20,000 | $98.0535 |
| | | 10/28/14 | 20,000 | $99.7595 |

**UniInstitutional Global Convertibles**
(ISIN: US02917TAA25)

| | | | |
|---|---|---|---|
| Purchases: | 12/06/13 | 10,000 | $100.0205 |
| | 12/16/13 | 5,000 | $99.2912 |
| | 02/19/14 | 5,000 | $105.5413 |
| | 10/02/14 | 10,000 | $99.7189 |
| | 10/14/14 | 30,000 | $97.8063 |
| | 10/17/14 | 10,000 | $98.3942 |

**DEVIF-Fonds Nr. 48**
(ISIN: US02917TAB08)

| | | | |
|---|---|---|---|
| Purchases: | 04/23/14 | 5,000 | $107.4095 |

**DEVIF-Fonds Nr. 60**
(ISIN: US02917TAB08)

| | | | |
|---|---|---|---|
| Purchases: | 04/23/14 | 10,000 | $107.3957 |
| | 05/06/14 | 10,000 | $105.7709 |

**UIN-Fonds Nr. 560**
(ISIN: US02917TAB08)

| | | | |
|---|---|---|---|
| Purchases: | 04/23/14 | 5,000 | $107.4164 |
| | 05/06/14 | 5,000 | $105.7917 |

**UniInstitutional Convertibles Protect**
(ISIN: US02917TAB08)

| | | | |
|---|---|---|---|
| Purchases: | 02/20/14 | 10,000 | $109.4599 |
| | 03/31/14 | 10,000 | $108.5706 |
| | 10/14/14 | 20,000 | $98.9595 |

**UniInstitutional Global Convertibles**
(ISIN: US02917TAB08)

| | | | |
|---|---|---|---|
| Purchases: | 02/20/14 | 10,000 | $109.4599 |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Chris Sterckx and Dirk Cuypers, on behalf of KBC Asset Management NV ("KBC"), for account of its funds listed in Schedule A (the "Funds"), declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against American Realty Capital Properties, Inc. ("American Realty") and designate Motley Rice LLC as proposed lead counsel for KBC in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of KBC and the Funds' behalf, including litigation against American Realty and any other defendants.

3. KBC did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. KBC is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. KBC also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. KBC will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Ansfield v. Omnicare, Inc. et al.*, No. 11-cv-00173 (E.D. Ky. 2011);

*City of Sterling Heights General Employees' Retirement System v. Hospira, Inc. et al.*, No. 11-cv-08332 (N.D. Ill. 2011);

*Ross v. Career Education Corporation et al.*, No. 12-cv-00276 (N.D. Ill. 2012);

*City of Westland Police and Fire Retirement System v. SAIC, Inc. et al.*, No. 12-cv-01353 (S.D.N.Y. 2012);

*In re Facebook, Inc., IPO Securities and Derivative Litigation*, MDL No. 12-2389 (S.D.N.Y. 2012);

*Florida Carpenters Regional Council Pension Plan v. Eaton Corporation, et al.*,

No. 12-cv-02001 (N.D. Ohio 2012);

*Barnicle v. Mellanox Technologies, Ltd., et al.*, No. 13-cv-00925 (S.D.N.Y. 2013);

*Bondali v. Yum! Brands, Inc.*, No. 13-cv-00117 (C.D. Cal. 2013);

*Birmingham Retirement and Relief System v. S.A.C. Capital Advisors, LLC, et al.*, No. 13-cv-02459 (S.D.N.Y. 2013);

*Hatamian v. Advanced Micro Devices, Inc., et al.*, No. 14-cv-00226 (N.D. Cal. 2014);

*Bodner v. Aegerion Pharmaceuticals, Inc., et al.*, No. 14-cv-10105 (D. Mass. 2014);

*Pio v. General Motors Company, et al.*, No. 14-cv-11191 (E.D. Mich. 2014);

*Kalika v. Weight Watchers International, Inc., et al.*, No. 14-cv-01997 (S.D.N.Y. 2014);

*City of Hialeah Employees' Retirement System v. Genworth Financial, Inc., et al.*, No. 14-cv-02392 (S.D.N.Y. 2014);

*Henningsen v. The ADT Corporation, et al.*, No. 14-cv-80566 (S.D. Fla. 2014);

*In re Lions Gate Entertainment Corp. Securities Litigation*, No. 14-cv-05197 (S.D.N.Y. 2014); and

*Aruliah v. Impax Laboratories, Inc., et al.*, No. 14-cv-03673 (N.D. Cal. 2014).

7.  KBC understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.  Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation. KBC will provide records of those transactions upon request.

9.  KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 02nd day of December, 2014.

For KBC Asset Management NV:

_____
Chris Sterckx
Managing Director

_____
Dirk Cuypers
Managing Director

## Schedule A

### American Realty Capital Properties, Inc.
(ISIN: US02917T1043)

### Class Period: 05/06/13 - 10/29/14

| KBC Asset Management NV | | Date | Shares | Price |
|---|---|---|---|---|
| **PLATO INST.I.F. NORTH AMERICAN EQ.** | | | | |
| | Purchases: | 02/18/14 (1) | 36,514 | $14.5900 |
| | | 06/25/14 | 12,985 | $12.3900 |
| | Sales: | 02/28/14 | 12,039 | $14.6900 |
| **PRIVILEGED PORTFOLIO REAL ESTATE** | | | | |
| | Purchases: | 11/21/13 | 30,214 | $12.9834 |
| | | 02/20/14 | 101,747 | $14.1100 |
| | | 04/30/14 | 7,655 | $13.0900 |
| | | 06/05/14 | 30,812 | $12.4400 |
| | | 06/19/14 | 87,178 | $12.1700 |
| **INDEX FUND - WORLD** | | | | |
| | Purchases: | 06/20/14 | 2,685 | $12.5900 |
| | | 06/30/14 | 3,306 | $12.5300 |
| | | 09/29/14 | 3,595 | $12.3700 |
| **INDEX FUND - UNITED STATES** | | | | |
| | Purchases: | 02/28/14 | 5,182 | $14.6900 |
| | | 08/21/14 | 3,719 | $13.3000 |
| **KBC SELECT IMMO - WORLD PLUS** | | | | |
| | Purchases: | 01/08/14 | 3,226 | $12.6600 |
| | | 01/31/14 | 24,213 | $13.8400 |
| | | 08/01/14 | 1,524 | $13.2000 |
| | | 09/24/14 | 1,568 | $12.1700 |

(1) Shares acquired from the CREI merger with an implied value of $14.59 per share.

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Marc LeBlanc, on behalf of Sheet Metal Workers' National Pension Fund ("SMWNPF"), declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed a complaint against American Realty Capital Properties, Inc. ("American Realty") and designate Motley Rice LLC as proposed lead counsel for SMWNPF in this action for all purposes.

2. I am duly authorized to institute legal action on SMWNPF's behalf, including litigation against American Realty and the other defendants.

3. SMWNPF did not acquire American Realty securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. SMWNPF is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. SMWNPF also understands that, if appointed lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. SMWNPF will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. SMWNPF has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

   *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc. et al.*, 11-cv-08332 (N.D. Ill. 2011);

   *City of Westland Police and Fire Retirement System v. SAIC, Inc. et al.*, 12-cv-01353-DAB (S.D.N.Y. 2012);

   *Construction Workers Pension Trust Fund – Lake County and Vicinity v. Navistar International Corp., et al.*, 13-cv-02111 (N.D. Ill. 2013);

   *Bodner v. Aegerion Pharmaceuticals, Inc., et al.*, 14-cv-10105 (D. Mass. 2014); and

   *In re NII Holdings, Inc. Securities Litigation*, 14-cv-00227 (E.D. Va. 2014).

7.      SMWNPF understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions SMWNPF made during the Class Period in the security that is the subject of the complaint. SMWNPF will provide records of those transactions upon request.

**I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.**

Executed this 18th day of December, 2014

Marc Le Blanc
Fund Administrator
Sheet Metal Workers' National Pension Fund

Schedule A

**American Realty Capital Properties, Inc. (NASDAQ: ARCP)**
**Class Period: 05/06/13 - 10/29/14**

**Sheet Metal Workers' National Pension Fund**

| | | Date | Shares | Price |
|---|---|---|---|---|
| | Purchases: | 05/20/13 | 7,100 | $17.7700 |
| | | 05/21/13 | 1,700 | $17.7130 |
| | | 05/22/13 | 1,900 | $17.7857 |
| | | 05/28/13 | 4,000 | $16.8532 |
| | | 08/02/13 | 5,600 | $14.1033 |
| | | 01/23/14 (1) | 65,028 | $14.5900 |
| | | 04/11/14 | 8,000 | $13.3586 |
| | | 05/21/14 | 30,100 | $12.0000 |
| | | 05/22/14 | 1,900 | $12.3643 |
| | | 05/23/14 | 1,900 | $12.3937 |
| | | 07/11/14 | 13,800 | $12.5684 |
| | | 10/15/14 | 9,900 | $11.6536 |
| | Sales: | 10/30/13 | 3,200 | $13.3984 |
| | | 11/26/13 | 500 | $13.2400 |
| | | 11/26/13 | 3,400 | $13.2762 |
| | | 11/27/13 | 3,100 | $13.2923 |
| | | 11/29/13 | 200 | $13.2062 |
| | | 12/02/13 | 5,700 | $13.3633 |
| | | 12/03/13 | 400 | $13.2735 |
| | | 12/03/13 | 3,400 | $13.3156 |
| | | 12/04/13 | 1,200 | $13.2487 |
| | | 12/05/13 | 1,000 | $12.9581 |
| | | 12/06/13 | 4,500 | $12.8199 |
| | | 12/09/13 | 2,900 | $12.8711 |
| | | 12/10/13 | 3,500 | $12.8376 |
| | | 12/11/13 | 2,300 | $12.6005 |
| | | 12/12/13 | 1,400 | $12.3818 |
| | | 12/13/13 | 2,500 | $12.5532 |
| | | 12/13/13 | 3,600 | $12.6279 |
| | | 12/16/13 | 800 | $12.7451 |
| | | 12/17/13 | 300 | $12.7817 |
| | | 12/18/13 | 800 | $12.8197 |
| | | 12/23/13 | 200 | $12.6524 |
| | | 12/24/13 | 500 | $12.7037 |
| | | 01/27/14 | 1,100 | $13.9405 |
| | | 02/11/14 | 1 | $13.7636 |
| | | 03/11/14 | 3,300 | $14.4515 |

(1) Shares acquired from the CREI merger with an implied value of $14.5900 per share.