# Exhibit 2

Class Period: 05/06/13 - 10/29/14

**American Realty Capital Properties, Inc.**

| LIFO/FIFO LOSSES | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1)(2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union Asset Management Holding AG | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| DEVIF-Fonds Nr. 48 (ISIN: US02917TAA25) | 10/23/13 | **5,000** | $102.2419 | $511,209.50 | | | | | | | |
| | 10/29/13 | **5,000** | $102.8343 | $514,171.50 | | | | | | | |
| **DEVIF-Fonds Nr. 48 Total** | | **10,000** | | **$1,025,381.00** | | 0 | | $0.00 | 10,000 | $901,710.00 | **($123,671.00)** |
| DEVIF-Fonds Nr. 65 (ISIN: US02917TAA25) | 10/29/13 | **5,000** | $102.8330 | $514,165.00 | | | | | | | |
| | 12/09/13 | **5,000** | $100.1580 | $500,790.00 | | | | | | | |
| | 12/18/13 | **5,000** | $99.9078 | $499,539.00 | | | | | | | |
| **DEVIF-Fonds Nr. 65 Total** | | **15,000** | | **$1,514,494.00** | | 0 | | $0.00 | 15,000 | $1,352,565.00 | **($161,929.00)** |
| DEVIF-Fonds Nr. 60 (ISIN: US02917TAA25) | 10/23/13 | **10,000** | $102.2282 | $1,022,282.00 | | | | | | | |
| | 12/16/13 | **10,000** | $99.2706 | $992,706.00 | | | | | | | |
| **DEVIF-Fonds Nr. 60 Total** | | **20,000** | | **$2,014,988.00** | | 0 | | $0.00 | 20,000 | $1,803,420.00 | **($211,568.00)** |
| UIN-Fonds Nr. 560 (ISIN: US02917TAA25) | 10/23/13 | **5,000** | $102.2488 | $511,244.00 | | | | | | | |
| | 12/16/13 | **5,000** | $99.2912 | $496,456.00 | | | | | | | |
| **UIN-Fonds Nr. 560 Total** | | **10,000** | | **$1,007,700.00** | | 0 | | $0.00 | 10,000 | $901,710.00 | **($105,990.00)** |
| UniInstitutional Convertibles Protect (ISIN: US02917TAA25) | 10/31/13 | **15,000** | $101.9636 | $1,529,454.00 | | | | | | | |
| | 02/19/14 | **5,000** | $105.5413 | $527,706.50 | | | | | | | |
| | 03/18/14 | **5,000** | $107.9113 | $539,556.50 | | | | | | | |
| | 10/02/14 | **20,000** | $99.7095 | $1,994,190.00 | | | | | | | |
| | 10/09/14 | **10,000** | $98.7690 | $987,690.00 | | | | | | | |
| | 10/10/14 | **20,000** | $98.0535 | $1,961,070.00 | | | | | | | |
| | 10/28/14 | **20,000** | $99.7595 | $1,995,190.00 | | | | | | | |
| **UniInstitutional Convertibles Protect Total** | | **95,000** | | **$9,534,857.00** | | 0 | | $0.00 | 95,000 | $8,566,245.00 | **($968,612.00)** |
| UniInstitutional Global Convertibles (ISIN: US02917TAA25) | 12/06/13 | **10,000** | $100.0205 | $1,000,205.00 | | | | | | | |
| | 12/16/13 | **5,000** | $99.2912 | $496,456.00 | | | | | | | |
| | 02/19/14 | **5,000** | $105.5413 | $527,706.50 | | | | | | | |
| | 10/02/14 | **10,000** | $99.7189 | $997,189.00 | | | | | | | |
| | 10/14/14 | **30,000** | $97.8063 | $2,934,189.00 | | | | | | | |
| | 10/17/14 | **10,000** | $98.3942 | $983,942.00 | | | | | | | |

| LIFO/FIFO LOSSES | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union Asset Management Holding AG | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1)(2) | **ESTIMATED LOSSES** |
| **UniInstitutional Global Convertibles Total** | | 70,000 | | $6,939,687.50 | | 0 | | $0.00 | 70,000 | $6,311,970.00 | **($627,717.50)** |
| DEVIF-Fonds Nr. 48 (ISIN: US02917TAB08) | 04/23/14 | 5,000 | $107.4095 | $537,047.50 | | | | | | | |
| **DEVIF-Fonds Nr. 48 Total** | | 5,000 | | $537,047.50 | | 0 | | $0.00 | 5,000 | $449,070.00 | **($87,977.50)** |
| DEVIF-Fonds Nr. 60 (ISIN: US02917TAB08) | 04/23/14 05/06/14 | 10,000 10,000 | $107.3957 $105.7709 | $1,073,957.00 $1,057,709.00 | | | | | | | |
| **DEVIF-Fonds Nr. 60 Total** | | 20,000 | | $2,131,666.00 | | 0 | | $0.00 | 20,000 | $1,796,280.00 | **($335,386.00)** |
| UIN-Fonds Nr. 560 (ISIN: US02917TAB08) | 04/23/14 05/06/14 | 5,000 5,000 | $107.4164 $105.7917 | $537,082.00 $528,958.50 | | | | | | | |
| **UIN-Fonds Nr. 560 Total** | | 10,000 | | $1,066,040.50 | | 0 | | $0.00 | 10,000 | $898,140.00 | **($167,900.50)** |
| UniInstitutional Convertibles Protect (ISIN: US02917TAB08) | 02/20/14 03/31/14 10/14/14 | 10,000 10,000 20,000 | $109.4599 $108.5706 $98.9595 | $1,094,599.00 $1,085,706.00 $1,979,190.00 | | | | | | | |
| **UniInstitutional Convertibles Protect Total** | | 40,000 | | $4,159,495.00 | | 0 | | $0.00 | 40,000 | $3,592,560.00 | **($566,935.00)** |
| UniInstitutional Global Convertibles (ISIN: US02917TAB08) | 02/20/14 | 10,000 | $109.4599 | $1,094,599.00 | | | | | | | |
| **UniInstitutional Global Convertibles Total** | | 10,000 | | $1,094,599.00 | | 0 | | $0.00 | 10,000 | $898,140.00 | **($196,459.00)** |
| **Union Asset Management Holding AG Total** | | 305,000 | | $31,025,955.50 | | 0 | | $0.00 | 305,000 | $27,471,810.00 | **($3,554,145.50)** |

(1) Held shares of ISIN: US02917TAA25 have been valued using the average closing price from October 30, 2014 - December 26, 2014 of $90.171
(2) Held shares of ISIN: US02917TAB08 have been valued using the average closing price from October 30, 2014 - December 26, 2014 of $89.814

Class Period: 05/06/13 - 10/29/14  
**American Realty Capital Properties, Inc. (ISIN: US02917T1043)**  
Hold price: $8.7753

| LIFO/FIFO LOSSES | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KBC Asset Management NV | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
| PLATO INST.I.F. NORTH AMERICAN EQ. | 02/18/14 (2) | 36,514 | $14.5900 | $532,739.26 | 02/28/14 | 12,039 | $14.6900 | $176,852.91 | | | |
| | 06/25/14 | 12,985 | $12.3900 | $160,884.15 | | | | | | | |
| **PLATO INST.I.F. NORTH AMERICAN EQ. Total** | | **49,499** | | **$693,623.41** | | **12,039** | | **$176,852.91** | **37,460** | **$328,720.87** | **($188,049.64)** |
| PRIVILEGED PORTFOLIO REAL ESTATE | 11/21/13 | 30,214 | $12.9834 | $392,280.45 | | | | | | | |
| | 02/20/14 | 101,747 | $14.1100 | $1,435,650.17 | | | | | | | |
| | 04/30/14 | 7,655 | $13.0900 | $100,203.95 | | | | | | | |
| | 06/05/14 | 30,812 | $12.4400 | $383,301.28 | | | | | | | |
| | 06/19/14 | 87,178 | $12.1700 | $1,060,956.26 | | | | | | | |
| **PRIVILEGED PORTFOLIO REAL ESTATE Total** | | **257,606** | | **$3,372,392.11** | | **0** | | **$0.00** | **257,606** | **$2,260,557.05** | **($1,111,835.06)** |
| INDEX FUND - WORLD | 06/20/14 | 2,685 | $12.5900 | $33,804.15 | | | | | | | |
| | 06/30/14 | 3,306 | $12.5300 | $41,424.18 | | | | | | | |
| | 09/29/14 | 3,595 | $12.3700 | $44,470.15 | | | | | | | |
| **INDEX FUND - WORLD Total** | | **9,586** | | **$119,698.48** | | **0** | | **$0.00** | **9,586** | **$84,119.55** | **($35,578.93)** |
| INDEX FUND - UNITED STATES | 02/28/14 | 5,182 | $14.6900 | $76,123.58 | | | | | | | |
| | 08/21/14 | 3,719 | $13.3000 | $49,462.70 | | | | | | | |
| **INDEX FUND - UNITED STATES Total** | | **8,901** | | **$125,586.28** | | **0** | | **$0.00** | **8,901** | **$78,108.50** | **($47,477.78)** |
| KBC SELECT IMMO - WORLD PLUS | 01/08/14 | 3,226 | $12.6600 | $40,841.16 | | | | | | | |
| | 01/31/14 | 24,213 | $13.8400 | $335,107.92 | | | | | | | |
| | 08/01/14 | 1,524 | $13.2000 | $20,116.80 | | | | | | | |
| | 09/24/14 | 1,568 | $12.1700 | $19,082.56 | | | | | | | |
| **KBC SELECT IMMO - WORLD PLUS Total** | | **30,531** | | **$415,148.44** | | **0** | | **$0.00** | **30,531** | **$267,917.16** | **($147,231.28)** |
| **KBC Asset Management NV Total** | | **356,123** | | **$4,726,448.72** | | **12,039** | | **$176,852.91** | **344,084** | **$3,019,423.12** | **($1,530,172.69)** |

(1) Held shares have been valued using the average closing price of $8.7753 per share.  
(2) Shares acquired from the CREI merger with an implied value of $14.5900 per share.

Class Period: 05/06/13 - 10/29/14  
**American Realty Capital Properties, Inc. (ISIN: US02917T1043)**  
Hold price: $8.7753

| PLAINTIFF | PURCHASE TRANSACTIONS DATE | SHARES | SHARE COST | PURCHASE AMOUNT | SALES TRANSACTIONS (1) DATE | SHARES | SHARE PRICE (4) | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sheet Metal Workers' National Pension Fund | Pre-class holdings | 38,100 | | | 12/04/13 | 800 | $13.2487 | $10,598.96 | | | |
| | | | | | 12/05/13 | 1,000 | $12.9581 | $12,958.10 | | | |
| | | | | | 12/06/13 | 4,500 | $12.8199 | $57,689.55 | | | |
| | | | | | 12/09/13 | 2,900 | $12.8711 | $37,326.19 | | | |
| | | | | | 12/10/13 | 3,500 | $12.8376 | $44,931.60 | | | |
| | | | | | 12/11/13 | 2,300 | $12.6005 | $28,981.15 | | | |
| | | | | | 12/12/13 | 1,400 | $12.3818 | $17,334.52 | | | |
| | | | | | 12/13/13 | 2,500 | $12.5532 | $31,383.00 | | | |
| | | | | | 12/13/13 | 3,600 | $12.6279 | $45,460.44 | | | |
| | | | | | 12/16/13 | 800 | $12.7451 | $10,196.08 | | | |
| | | | | | 12/17/13 | 300 | $12.7817 | $3,834.51 | | | |
| | | | | | 12/18/13 | 800 | $12.8197 | $10,255.76 | | | |
| | | | | | 12/23/13 | 200 | $12.6524 | $2,530.48 | | | |
| | | | | | 12/24/13 | 500 | $12.7037 | $6,351.85 | | | |
| | | | | | 01/27/14 | 1,100 | $13.9405 | $15,334.55 | | | |
| | | | | | 02/11/14 | 1 | $13.7636 | $7.57 | | | |
| | | | | | 03/11/14 | 3,300 | $14.4515 | $47,689.95 | | | |
| | | | | | **Total** | **29,501** | | **$382,864.26** | | | |
| | 05/20/13 | 7,100 | $17.7700 | $126,167.00 | 10/30/13 | 3,200 | $13.3984 | $42,874.88 | | | |
| | 05/21/13 | 1,700 | $17.7130 | $30,112.10 | 11/26/13 | 500 | $13.2400 | $6,620.00 | | | |
| | 05/22/13 | 1,900 | $17.7857 | $33,792.83 | 11/26/13 | 3,400 | $13.2762 | $45,139.08 | | | |
| | 05/28/13 | 4,000 | $16.8532 | $67,412.80 | 11/27/13 | 3,100 | $13.2923 | $41,206.13 | | | |
| | 08/02/13 | 5,600 | $14.1033 | $78,978.48 | 11/29/13 | 200 | $13.2062 | $2,641.24 | | | |
| | 01/23/14 (3) | 65,028 | $14.5900 | $948,751.95 | 12/02/13 | 5,700 | $13.3633 | $76,170.81 | | | |
| | 04/11/14 | 8,000 | $13.3586 | $106,868.80 | 12/03/13 | 400 | $13.2735 | $5,309.40 | | | |
| | 05/21/14 | 30,100 | $12.0000 | $361,200.00 | 12/03/13 | 3,400 | $13.3156 | $45,273.04 | | | |
| | 05/22/14 | 1,900 | $12.3643 | $23,492.17 | 12/04/13 | 400 | $13.2487 | $5,299.48 | | | |
| | 05/23/14 | 1,900 | $12.3937 | $23,548.03 | *11/04/14* | *12,450* | *$8.5725* | *$106,727.63* | | | |
| | 07/11/14 | 13,800 | $12.5684 | $173,443.92 | | | | | | | |
| | 10/15/14 | 9,900 | $11.6536 | $115,370.64 | | | | | | | |
| **Sheet Metal Workers' National Pension Fund Total** | | **150,928** | | **$2,089,138.72** | | **32,750** | | **$377,261.69** | **118,178** | **$1,037,037.55** | **($674,839.49)** |

(1) Sales have been applied on a LIFO basis.  
(2) Held shares have been valued using the average closing price of $8.7753 per share.  
(3) Shares acquired from the CREI merger with an implied value of $14.5900 per share.  
(4) Shares sold during the 90-day lookback period have been valued at the higher value between the actual sales price and the average closing price from the class period end to the date of the actual sale.

Class Period: 05/06/13 - 10/29/14     **American Realty Capital Properties, Inc. (ISIN: US02917T1043)**     Hold price: $8.7753

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FIFO LOSSES** <br> **PLAINTIFF** | **DATE** | **SHARES** | **SHARE COST** | **PURCHASE AMOUNT** | **DATE** | **SHARES** | **SHARE PRICE (4)** | **SALES AMOUNT** | **SHARES HELD** | **ESTIMATED VALUE (2)** | **ESTIMATED LOSSES** |
| Sheet Metal Workers' National Pension Fund | Pre-class holdings | 38,100 | | | 10/30/13 | 3,200 | $13.3984 | $42,874.88 | | | |
| | | | | | 11/26/13 | 500 | $13.2400 | $6,620.00 | | | |
| | | | | | 11/26/13 | 3,400 | $13.2762 | $45,139.08 | | | |
| | | | | | 11/27/13 | 3,100 | $13.2923 | $41,206.13 | | | |
| | | | | | 11/29/13 | 200 | $13.2062 | $2,641.24 | | | |
| | | | | | 12/02/13 | 5,700 | $13.3633 | $76,170.81 | | | |
| | | | | | 12/03/13 | 400 | $13.2735 | $5,309.40 | | | |
| | | | | | 12/03/13 | 3,400 | $13.3156 | $45,273.04 | | | |
| | | | | | 12/04/13 | 1,200 | $13.2487 | $15,898.44 | | | |
| | | | | | 12/05/13 | 1,000 | $12.9581 | $12,958.10 | | | |
| | | | | | 12/06/13 | 4,500 | $12.8199 | $57,689.55 | | | |
| | | | | | 12/09/13 | 2,900 | $12.8711 | $37,326.19 | | | |
| | | | | | 12/10/13 | 3,500 | $12.8376 | $44,931.60 | | | |
| | | | | | 12/11/13 | 2,300 | $12.6005 | $28,981.15 | | | |
| | | | | | 12/12/13 | 1,400 | $12.3818 | $17,334.52 | | | |
| | | | | | 12/13/13 | 1,400 | $12.5532 | $17,574.48 | | | |
| | | | | | **Total** | **38,100** | | **$497,928.61** | | | |
| | 05/20/13 | **7,100** | $17.7700 | $126,167.00 | 12/13/13 | 1,100 | $12.5532 | $13,808.52 | | | |
| | 05/21/13 | **1,700** | $17.7130 | $30,112.10 | 12/13/13 | 3,600 | $12.6279 | $45,460.44 | | | |
| | 05/22/13 | **1,900** | $17.7857 | $33,792.83 | 12/16/13 | 800 | $12.7451 | $10,196.08 | | | |
| | 05/28/13 | **4,000** | $16.8532 | $67,412.80 | 12/17/13 | 300 | $12.7817 | $3,834.51 | | | |
| | 08/02/13 | **5,600** | $14.1033 | $78,978.48 | 12/18/13 | 800 | $12.8197 | $10,255.76 | | | |
| | 01/23/14 (3) | **65,028** | $14.5900 | $948,751.95 | 12/23/13 | 200 | $12.6524 | $2,530.48 | | | |
| | 04/11/14 | **8,000** | $13.3586 | $106,868.80 | 12/24/13 | 500 | $12.7037 | $6,351.85 | | | |
| | 05/21/14 | **30,100** | $12.0000 | $361,200.00 | 01/27/14 | 1,100 | $13.9405 | $15,334.55 | | | |
| | 05/22/14 | **1,900** | $12.3643 | $23,492.17 | 02/11/14 | 1 | $13.7636 | $7.57 | | | |
| | 05/23/14 | **1,900** | $12.3937 | $23,548.03 | 03/11/14 | 3,300 | $14.4515 | $47,689.95 | | | |
| | 07/11/14 | **13,800** | $12.5684 | $173,443.92 | *11/04/14* | *12,450* | *$8.5725* | *$106,727.63* | | | |
| | 10/15/14 | **9,900** | $11.6536 | $115,370.64 | | | | | | | |
| **Sheet Metal Workers' National Pension Fund Total** | | **150,928** | | **$2,089,138.72** | | **24,151** | | **$262,197.33** | **126,777** | **$1,112,499.87** | **($714,441.52)** |

(1) Sales have been applied on a FIFO basis.
(2) Held shares have been valued using the average closing price of $8.7753 per share.
(3) Shares acquired from the CREI merger with an implied value of $14.5900 per share.
(4) Shares sold during the 90-day lookback period have been valued at the higher value between the actual sales price and the average closing price from the class period end to the date of the actual sale.