# Exhibit 4

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT INSTITUTIONAL GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Nikolaus Sillem and Dr. Nicolas Ebhardt, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UII") and we have personal knowledge of all matters stated herein.

2. The funds listed in Attachment 1 (the "Funds") are managed under German law by UII.

3. On behalf of the UII, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around December 29, 2014, in an action against American Realty Capital Properties, Inc. ("American Realty"); (b) declaring that UII will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UII in any and all claims, demands, and causes of action of any kind whatsoever that UII has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of American Realty. Further, UII hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UII.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December, 2014 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

_____        _____
Nikolaus Sillem                         Dr. Nicolas Ebhardt
Managing Director                       Managing Director

For Union Asset Management Holding AG:

_____        _____
Dr. Joachim von Cornberg                Dr. Fabian Hannich
General Counsel                         General Counsel

## ATTACHMENT 1

DEVIF-Fonds Nr. 48
DEVIF-Fonds Nr. 60
DEVIF-Fonds Nr. 65
UIN-Fonds Nr. 560

**DECLARATION OF ASSIGNMENT BY
UNION INVESTMENT LUXEMBOURG S.A.
TO UNION ASSET MANAGEMENT HOLDING AG**

We, Maria Löwenbrück and Rudolf Kessel, hereby declare as follows:

1. We are the Managing Directors of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2. The funds listed in Attachment 1 (the "Funds") are managed under German law by UIL.

3. On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around December 29, 2014, in an action against American Realty Properties, Inc. ("American Realty"); (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of American Realty. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of ~~November~~ December, 2014 in Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____
Maria Löwenbrück
Assignor

_____
Rudolf Kessel
Assignor

For Union Asset Management Holding AG:

_____
Dr. Joachim von Cornberg
General Counsel

_____
Dr. Fabian Hannich
General Counsel

# ATTACHMENT 1

UniInstitutional Convertibles Protect
UniInstitutional Global Convertibles

## DECLARATION OF ASSIGNMENT BY PLATO INSTITUTIONAL INDEX FUND TO KBC ASSET MANAGEMENT NV

We, Klaus VANDEWALLE and Wouter VANDEN EYNDE, hereby declare as follows:

1. We are the representatives of the Plato Institutional Index Fund (the "Fund") and we have personal knowledge of all matters stated herein

2. The Fund is governed by Belgian law.

3. On or about December 29, 2014, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against American Realty Capital Properties, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-fund (North American Equity) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 02 December, 2014.

For Plato Institutional Index Fund (Assignor):

_____
Klaus VANDEWALLE
Assignor

_____
Wouter VANDEN EYNDE
Assignor

For KBC Management NV (Assignee):

_____
Chris Sterckx
Managing Director

_____
Dirk Cuypers
Managing Director

## DECLARATION OF ASSIGNMENT BY PRIVILEGED PORTFOLIO FUND TO KBC ASSET MANAGEMENT NV

We, Tom FEYS and Wouter VANDEN EYNDE, hereby declare as follows:

1. We are the representatives of the Privileged Portfolio Fund (the "Fund") and we have personal knowledge of all matters stated herein

2. The Fund is governed by Belgian law.

3. On or about December 29, 2014, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against American Realty Capital Properties, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-fund (Privileged Portfolio Real Estate) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 02 December, 2014.

For Privileged Portfolio Fund (Assignor):

_____
Tom FEYS
Assignor

_____
Wouter VANDEN EYNDE
Assignor

For KBC Management NV (Assignee):

_____
Chris Sterckx
Managing Director

_____
Dirk Cuypers
Managing Director

## DECLARATION OF ASSIGNMENT BY INDEX FUND TO KBC ASSET MANAGEMENT NV

We, Paul BELLER and Wouter VANDEN EYNDE, hereby declare as follows:

1. We are the representatives of the Index Fund (the "Fund") and we have personal knowledge of all matters stated herein

2. The Fund is governed by Belgian law.

3. On or about December 29, 2014, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against American Realty Capital Properties, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (United States and World) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 02 December, 2014.

For Index Fund (Assignor):

Paul BELLER
Assignor

Wouter VANDEN EYNDE
Assignor

For KBC Management NV (Assignee):

Chris Sterckx
Managing Director

Dirk Cuypers
Managing Director

## DECLARATION OF ASSIGNMENT BY KBC SELECT IMMO
## TO KBC ASSET MANAGEMENT NV

We, Luc VANBRIEL and Wouter VANDEN EYNDE, hereby declare as follows:

1. We are the representatives of the KBC Select Immo Fund (the "Fund") and we have personal knowledge of all matters stated herein

2. The Fund is governed by Belgian law.

3. On or about December 29, 2014, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against American Realty Capital Properties, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-fund (World Plus) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 02 December, 2014.

For KBC Select Immo Fund (Assignor):

_____
Luc VANBRIEL
Assignor

_____
Wouter VANDEN EYNDE
Assignor

For KBC Management NV (Assignee):

_____
Chris Sterckx
Managing Director

_____
Dirk Cuypers
Managing Director