# Exhibit 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
LEWIS S. CLARK and PATRICIA E. CLARK, : No. 1:13-cv-03851-RPP
Individually and on Behalf of All Others :
Similarly Situated, : **CLASS ACTION**
:
Plaintiffs, :
: **[PROPOSED] ORDER GRANTING**
v. : **MOTION FOR CONSOLIDATION,**
: **APPOINTMENT AS LEAD**
BARRICK GOLD CORPORATION, AARON : **PLAINTIFF, AND APPROVAL OF**
W. REGENT, JAMIE C. SOKALSKY, and : **SELECTION OF COUNSEL**
AMMAR AL-JOUNDI, :
:
Defendants. :
-------------------------------------------------------- x
CLEMENT BERNARD, Individually and on : No. 1:13-cv-04123-RPP
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
v. :
:
BARRICK GOLD CORPORATION, AARON :
W. REGENT, JAMIE C. SOKALSKY, and :
AMMAR AL-JOUNDI, :
:
Defendants. :
-------------------------------------------------------- x
CITY OF BROCKTON RETIREMENT : No: 1:13-cv-05437
SYSTEM, Individually and on Behalf of All :
Others Similarly Situated, :
:
Plaintiff, :
:
v. :
:
BARRICK GOLD CORPORATION, AARON :
W. REGENT, JAMIE C. SOKALSKY, and :
AMMAR AL-JOUNDI, :
:
Defendants. :
-------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/13

Having considered the Motion of Union Asset Management Holding AG and LRI Invest S.A. (collectively, the "Institutional Investor Group") for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Presently pending in this District are three related securities actions:

    1:13-cv-03851-RPP    *Clark v. Barrick Gold Corp., et al.*

    1:13-cv-04123-RPP    *Bernard v. Barrick Gold Corp., et al.*

    1:13-cv-05437         *City of Brockton Ret. Sys. v. Barrick Gold Corp., et al.*

Pursuant to Federal Rule of Civil Procedure 42(a), the cases listed above are hereby consolidated into Civil Action No. 1:13-cv-03851-RPP for all purposes. The Consolidated Action shall be captioned: "*In re Barrick Gold Securities Litigation*." All related actions subsequently filed in, removed to, or transferred to this Court shall also be consolidated with Civil Action No. 1:13-cv-03851-RPP for all purposes.

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints the Institutional Investor Group as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Motley Rice LLC is approved as Lead Counsel and Labaton Sucharow LLP is approved as Liaison Counsel for the Class.

IT IS SO ORDERED.

DATED: August 9, 2013

THE HONORABLE ROBERT P. PATTERSON
UNITED STATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/13

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X
DAVID E. KAPLAN, ROXY D.
SULLIVAN, LINDSEY RANKIN,
MICHAEL S. ALLEN, GARY W.
MUENSTERMAN, and CHI-PIN                 :   12 Civ. 9350 (VM)
HSU, Individually and on
Behalf of All Others                     :       **ORDER**
Similarly Situated,

          Plaintiffs,

  - against -

S.A.C. CAPITAL ADVISORS, L.P.,
S.A.C. CAPITAL ADVISORS, INC.,
CR INTRINSIC INVESTORS, LLC,
STEVEN A. COHEN, MATHEW MARTOMA,
and SIDNEY GILMAN,

          Defendants.
------------------------------------X
BIRMINGHAM RETIREMENT AND
RELIEF SYSTEM, Individually
and on Behalf of All Others
Similarly Situated,

          Plaintiffs,

  - against -

S.A.C. CAPITAL ADVISORS, LLC,,
S.A.C. CAPITAL ASSOCIATES, LLC,
INTERNATIONAL EQUITIES, LLC
S.A.C. SELECT FUND, LLC
CR INTRINSIC INVESTORS, LLC,
STEVEN A. COHEN, MATHEW MARTOMA,
CR INTRINSIC INVESTMENTS, LLC
and SIDNEY GILMAN,

          Defendants.
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

ORDER APPOINTING CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM AND KBC ASSET MANAGEMENT NV AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF COUNSEL

Plaintiff City of Birmingham Retirement and Relief System and putative class member KBC Asset Management NV ("KBC," and collectively, the "Institutional Investor Group") have filed a motion for appointment of lead plaintiff and appointment of lead counsel (the "Motion") pursuant to the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). (Dkt. No. 106.) Defendants CR Intrinsic Investors, LLC, CR Intrinsic Investments, LLC, S.A.C. Capital Advisors, LLC, S.A.C. Capital Associates, LLC, S.A.C. International Equities, LLC, S.A.C Select Fund, LLC, and Steven A. Cohen (collectively, the "SAC Defendants") submitted a response (Dkt. No. 110), and the Institutional Investor Group subsequently submitted a reply (Dkt. No. 112).

The SAC Defendants raise two issues with respect to KBC's involvement in the Motion. Neither disqualifies KBC from serving as lead plaintiff in this matter.

First, the SAC Defendants argue that KBC failed to advise the Court that it has served as a lead plaintiff in five securities class actions during the prior three years, thus

2

running afoul of the PSLRA's so-called "five-in-three" rule. See 15 U.S.C. § 78u-4(a)(3)(B)(vi) ("Except as the court may otherwise permit, consistent with the purposes of this section, a person may be a lead plaintiff, or an officer, director, or fiduciary of a lead plaintiff, in no more than 5 securities class actions brought as plaintiff class actions pursuant to the Federal Rules of Civil Procedure during any 3-year period."). But the PSLRA was primarily focused on restricting private individuals from acting as professional plaintiffs, and the Court follows others in this jurisdiction in holding that institutional investors like KBC need not be subject to the "five-in-three" rule. See, e.g., Iron Workers Local No. 25 Pension Fund v. Credit-Based Asset Servicing & Securitization, LLC, 616 F. Supp. 2d 461, 467 (S.D.N.Y. 2009); Kuriakose v. Federal Home Loan Mortg. Co., No. 08 Civ. 7281, 2008 WL 4974839, at *8 (S.D.N.Y. Nov. 24, 2008).

Second, the SEC Defendants argue that at least three of the seven KBC funds at issue do not have timely claims and that KBC has only a minor financial stake in this litigation. While noting that the Institutional Investor Group disputes the SAC Defendants' legal analysis in calculating the repose period, the Court need not plumb the depths of this issue here because it applies to only three of the seven KBC funds and is

3

not dispositive of KBC's adequacy as lead plaintiff (and because the parties' filings indicate that the Court surely will have opportunity to review extensive briefing on statute of repose issues at later stages of this litigation). In addition, the relative size of KBC's financial interest in this case will not act as a bar where, as here, there are no other competing applications to serve as lead plaintiff.

Upon consideration of the filings related to this matter, the Court finds good cause to appoint the Institutional Investor Group as Lead Plaintiff, and the law firms of Scott+Scott, Attorneys at Law, LLP and Motley Rice LLC as Lead Counsel for the class.

Accordingly, it is hereby

**ORDERED** that City of Birmingham Retirement and Relief System and KBC Asset Management NV are appointed as Lead Plaintiff for the class pursuant to Section 21D(a)(3) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995; and it is further

4

**ORDERED** that the law firms of Scott+Scott, Attorneys at Law, LLP and Motley Rice LLC are appointed as Lead Counsel for the class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**SO ORDERED.**

Dated:   New York, New York
         22 October 2013

                                          /s/ Victor Marrero
                                          _____
                                          Victor Marrero
                                          U.S.D.J.