**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
PERRY CIRAULU, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK and LISA MCALISTER,

        Defendants.

Case No. 14-cv-08659 (AKH)

------------------------------------- X
BERNARD PRIEVER, Individually And On Behalf Of All Others Similarly Situated,

        Plaintiff,

  vs.

AMERICAN REALTY CAPITAL PROPERTIES, INC., LISA P. MCALISTER, and BRIAN S. BLOCK,

        Defendants.

Case No. 14-cv-08668 (AKH)

------------------------------------- X
STUART RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

AMERICAN REALTY CAPITAL PROPERTIES, INC., BRIAN S. BLOCK, LISA MCALISTER AND NICHOLAS S. SCHORSCH,

        Defendants.

Case No. 14-cv-08669 (AKH)

------------------------------------- X

| | |
|---|---|
| ------------------------------------ X | |
| KEVIN PATTON, Individually and on Behalf of All Other Persons Similarly Situated, : | |
| Plaintiff, : | |
| vs. : | Case No. 14-cv-08671 (AKH) |
| AMERICAN REALTY CAPITAL PROPERTIES, INC.; DAVID S. KAY; NICHOLAS S. SCHORSCH; BRIAN S. BLOCK; AND LISA MCALISTER, : : : | |
| Defendants. : | |
| ------------------------------------ X | |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated, : | |
| Plaintiff, : | |
| vs. : | Case No. 14-cv-08721 (AKH) |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN BLOCK and LISA PAVELKA MCALISTER, : : : | |
| Defendants. : | |
| ------------------------------------ X | |
| BERNEY HARRIS, individually and on behalf of all others similarly situated, : | |
| Plaintiff, : | |
| vs. : | Case No. 14-cv-08740 (AKH) |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, BRIAN S. BLOCK, and LISA MCALISTER, : : : | |
| Defendants. : | |
| ------------------------------------ X | |

## **DECLARATION OF CHRISTOPHER LOMETTI**

Pursuant to 28 U.S.C. § 1746, I, Christopher Lometti, declare as follows:

1. I am a member in good standing of the New York bar and I am admitted to practice in this District. I submit this declaration in support of the motion filed by the New York City Employees' Retirement System; the New York City Police Pension Fund and the New York City Police Officers' Variable Supplements Fund; the Board of Education Retirement System of the City of New York; the Teachers' Retirement System of the City of New York and the Teachers' Retirement System of the City of New York Variable A; and the New York City Fire Department Pension Fund, the New York City Fire Officers' Variable Supplements Fund, and the New York City Fire Fighters' Variable Supplements Fund (collectively, the "NYC Funds") to: (1) consolidate the above-captioned actions, (2) appoint the NYC Funds as Lead Plaintiff and (3) appoint Lead Counsel for the class.

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A: Notice of filing of a complaint to purchasers of securities of American Realty Capital Properties, Inc., dated October 30, 2014;

Exhibit B: Certifications of the NYC Funds;

Exhibit C: Loss calculations of the NYC Funds;

Exhibit D: Declaration of Alan Kleinman in Support of the NYC Funds' Motion for Consolidation of All Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel; and

Exhibit E: Firm Biography of Cohen Milstein Sellers & Toll PLLC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: December 29, 2014         /s/ Christopher Lometti
                                 Christopher Lometti

1