USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
PERRY CIRAULU et al.,

                Plaintiffs,

    -against-

AMERICAN REALTY CAPITAL PROPERTIES,
INC., et al.,

                Defendants.
------------------------------------------------------------- x
BERNARD PRIEVER et al.,

                Plaintiffs,

    -against-

AMERICAN REALTY CAPITAL PROPERTIES,
INC., et al.,

                Defendants.
------------------------------------------------------------- x
STUART RUBINSTEIN et al.,

                Plaintiffs,

    -against-

AMERICAN REALTY CAPITAL PROPERTIES,
INC., et al.,

                Defendants.
------------------------------------------------------------- x
KEVIN PATTON et al.,

                Plaintiffs,

    -against-

AMERICAN REALTY CAPITAL PROPERTIES,
INC., et al.,

                Defendants.

**SCHEDULING ORDER**

14 Civ. 8659 (AKH)

14 Civ. 8668 (AKH)

14 Civ. 8669 (AKH)

14 Civ. 8671 (AKH)

---------------------------------------------------------------- x
JAMES EDWARDS JR. et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　　　　: 14 Civ. 8721 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　　　:
AMERICAN REALTY CAPITAL PROPERTIES, :
INC., et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. :
---------------------------------------------------------------- x
BERNEY HARRIS et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　　　　: 14 Civ. 8740 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　　　:
AMERICAN REALTY CAPITAL PROPERTIES, :
INC., et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. :
---------------------------------------------------------------- x
SIMON ABADI et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　　　　: 14 Civ. 9006 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　　　:
AMERICAN REALTY CAPITAL PROPERTIES, :
INC., et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. :
---------------------------------------------------------------- x
THE CITY OF TAMPA GENERAL EMPLOYEES :
RETIREMENT FUND et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　: 14 Civ. 10134 (AKH)
　　-against-　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
AMERICAN REALTY CAPITAL PROPERTIES, :
INC., et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. :

```
------------------------------------------------------------ x
MICHELE GRAHAM TURNER 1995                  :
REVOCABLE TRUST et al.,                     :
                                            :
                    Plaintiffs,             :
                                            :
         -against-                          :   14 Civ. 9140 (AKH)
                                            :
NICHOLAS S. SCHORSCH., et al.,              :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------ x
                                            :
EDWARD FROEHNER,                            :
                                            :
                    Plaintiff,              :
                                            :
         -against-                          :   14 Civ. 9444 (AKH)
                                            :
NICHOLAS S. SCHORSCH., et al.,              :
                                            :
                    Defendants.             :
------------------------------------------------------------ x
THOMAS SERAFIN,                             :
                                            :
                    Plaintiff,              :
                                            :
         -against-                          :
                                            :   14 Civ. 9672 (AKH)
NICHOLAS S. SCHORSCH., et al.,              :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        At the status conference scheduled for February 10, 2015, at 4:00 p.m., the Court will hear from the parties to the above-captioned actions as to how to organize the cases of derivative plaintiffs, as well as who should be designated the lead plaintiff of those cases, and how the class and derivative cases shall be coordinated.

3

A case management plan, which shall include a schedule for motions and discovery, shall be approved at the status conference.

Parties wishing to be heard on these issues at the status conference must file a submission stating their positions, including proposed case management plans, by January 30, 2015.

SO ORDERED.

Dated: January 22, 2015
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge