# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

| | | |
|---|---|---|
| LOS ANGELES<br>213-892-4000<br>FAX: 213-629-5063 | | BEIJING<br>8610-5969-2700<br>FAX: 8610-5969-2707 |
| WASHINGTON, D.C.<br>202-835-7500<br>FAX: 202-835-7586 | | HONG KONG<br>852-2971-4888<br>FAX: 852-2840-0792 |
| LONDON<br>44-20-7615-3000<br>FAX: 44-20-7615-3100 | SCOTT A. EDELMAN<br>CHAIRMAN<br>DIRECT DIAL NUMBER<br>212-530-5149<br>FAX: 212-822-5149<br>E-MAIL: sedelman@milbank.com | SINGAPORE<br>65-6428-2400<br>FAX: 65-6428-2500 |
| FRANKFURT<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | | TOKYO<br>813-5410-2801<br>FAX: 813-5410-2891 |
| MUNICH<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | | SÃO PAULO<br>55-11-3927-7700<br>FAX: 55-11-3927-7777 |

January 26, 2015

**VIA ECF AND FEDEX**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *State Teachers Retirement System of Ohio v. American Realty Capital Properties, Inc., et al.*, No. 14 Civ. 8659 (AKH), and Related Cases

Dear Judge Hellerstein:

      We are the attorneys for American Realty Capital Properties, Inc. ("ARCP") in the above-referenced action and related cases. Pursuant to the Court's request at the status conference held in the above-captioned matters on January 5, 2015, enclosed is a chart listing the different types of securities identified in the complaints and lead plaintiff motions, filed in connection with the securities class actions brought against ARCP and others.

                                                Respectfully submitted,

                                                Scott A. Edelman

cc:    All counsel of record (via ECF)

#4819-2210-0001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>              Defendants. | Civil Action No. 1:14-cv-08659-AKH<br><br>CLASS ACTION |
| BERNARD PRIEVER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>              Defendants. | Civil Action No. 1:14-cv-08668-AKH<br><br>CLASS ACTION |
| STUART RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>              Defendants. | Civil Action No. 1:14-cv-08669-AKH<br><br>CLASS ACTION |

[Caption continued on following page.]

| | | |
|---|---|---|
| KEVIN PATTON, Individually and on Behalf of All Other Persons Similarly Situated, | : : | Civil Action No. 1:14-cv-08671-AKH |
| Plaintiff, | : : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | : : : | |
| Defendants. | : : | |
| JAMES W. EDWARDS, JR., Individually and on Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:14-cv-08721-AKH |
| Plaintiff, | : : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | : : : | |
| Defendants. | : : | |
| BERNEY HARRIS, Individually and on Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:14-cv-08740-AKH |
| Plaintiff, | : : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | : : : | |
| Defendants. | : : | |

[Caption continued on following page.]

|  |  |
|---|---|
| SIMON ABADI, on Behalf of Himself and All Others Similarly Situated, | : Civil Action No. 1:14-cv-09006-AKH |
|  | : |
|  | : <u>CLASS ACTION</u> |
| Plaintiff, | : |
| vs. | : |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | : |
| Defendants. | : |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, *et al.*, Individually and on Behalf of All Others Similarly Situated | : Civil Action No. 1:15-cv-00421-AKH |
|  | : |
|  | : <u>CLASS ACTION</u> |
| Plaintiffs, | : |
| vs. | : |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | : |
| Defendants. | : |
| NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, *et al.*, Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:15-cv-00422-AKH |
|  | : |
|  | : <u>CLASS ACTION</u> |
| Plaintiffs, | : |
| vs. | : |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | : |
| Defendants. | : |

## **SECURITIES IDENTIFIED IN PLAINTIFFS' <u>COMPLAINTS AND LEAD PLAINTIFF MOTIONS</u>**

Pursuant to the Court's request at the status conference held in the above-captioned matters on January 5, 2015, set forth below is a chart listing the different types of securities identified in the complaints and lead plaintiff motions, filed in connection with the securities class actions brought against American Realty Capital Properties, Inc. ("ARCP") and others:[1]

| Description of Security | Debt / Equity |
|---|---|
| ARCP common stock and options on common stock (May 6, 2013, through October 29, 2014) | Equity |
| ARCP preferred stock (May 6, 2013, through October 29, 2014; first publicly traded on or about January 6, 2014) | Equity |
| Shares of ARCP common stock issued in connection with the May 21, 2014 secondary offering | Equity |
| Shares of ARCP common stock issued in connection with the February 7, 2014 Cole Real Estate Investments, Inc. merger | Equity |
| Shares of ARCP common stock and 6.7% Series F Cumulative Redeemable Preferred Stock issued in connection with the January 3, 2014 American Realty Capital Trust, IV, Inc. merger | Equity |
| 2% Senior Notes due 2017 issued on or about February 6, 2014 and exchanged for registered notes pursuant to a September 12, 2014 exchange offer | Debt |
| 3% Senior Notes due 2019 issued on or about February 6, 2014 and exchanged for registered notes pursuant to a September 12, 2014 exchange offer | Debt |
| 4.6% Senior Notes due 2024 issued on or about February 6, 2014 and exchanged for registered notes pursuant to a September 12, 2014 exchange offer | Debt |
| 3.75% Convertible Senior Notes due 2020 issued pursuant to a prospectus dated on or about December 5, 2013 | Debt |

---

[1] In submitting this list, Defendants do not concede that any such securities are the subject of valid claims.

| Description of Security | Debt / Equity |
|---|---|
| 3% Convertible Senior Notes due 2018 issued pursuant to a prospectus dated on or about December 5, 2013 | Debt |
| 3% Convertible Senior Notes due 2018 issued pursuant to a prospectus dated on or about July 23, 2013 | Debt |

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Scott A. Edelman /JMS
Scott A. Edelman
George S. Canellos
Antonia M. Apps
Jed M. Schwartz
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212-530-5000
Fax: 212-530-5219

*Attorneys for Defendant American Realty Capital Properties, Inc.*