**BERNSTEIN LIEBHARD LLP**
ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

STANLEY D. BERNSTEIN
bernstein@bernlieb.com

February 2, 2015

**BY HAND**:

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *State Teachers Retirement System of Ohio v. American Realty Capital Properties, Inc., et al.*, filed in Civil Action No. 1:14-cv-08659-AKH [Lead Case]

Dear Judge Hellerstein:

We and our co-counsel Berman DeValerio represent the State Teachers Retirement System of Ohio ("STRS Ohio") in the referenced action. Enclosed is a courtesy copy of the Statement of Position with regard to case management that we filed on January 30, 2015, pursuant to Your Honor's order of January 22, 2015. STRS Ohio filed a motion for lead plaintiff and wishes to serve in a representative capacity on behalf of the Cole Merger class and as a large public pension fund.

We are available at the Court's convenience in advance of the scheduled conference on February 10, 2015, should Your Honor have any questions.

Respectfully,

*[signature]*

Stanley D. Bernstein

Enclosure
cc: All counsel in all related actions (via ECF, w/out enclosure)