USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re AMERICAN REALTY CAPITAL : Civil Action No. 1:15-mc-00040-AKH
PROPERTIES, INC. LITIGATION :
: CLASS ACTION
---------------------------------------- :
:
This Document Relates To: :
:
ALL ACTIONS. :
:
---------------------------------------- x

[PROPOSED] ORDER CONCERNING PERIODIC
REPORTS BY CLAIMS ADMINISTRATOR

As discussed on the record during the January 21, 2020 hearing of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (ECF No. 1282), claims administrator, Gilardi & Co. LLC, shall submit to the Court periodic reports as follows:

| | |
|---|---|
| First Report: | Upon the completion of the processing of claims, a report describing how many claims were received and the aggregate amount of such claims; |
| Second Report: | Once the first distribution is sent, a report informing the Court that distribution of the Net Settlement Fund has begun and the amount distributed; |
| Third Report: | After a reasonable time for negotiating the checks has passed, a report informing the Court that a second distribution was made and the amount of that second distribution; and |
| Fourth Report: | After a reasonable time for negotiating the checks issued in the second distribution has passed, a report informing the Court that a third distribution is appropriate and the amount of that third distribution, or if it is determined that the remaining Net Settlement Fund is *de minimus*, that a charitable contribution to a community trust in the City of Baltimore was made, and the amount of that charitable contribution. |

IT IS SO ORDERED.

DATED: Jan. 29, 2020

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE