```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re AMERICAN REALTY CAPITAL                                 :
PROPERTIES, INC. LITIGATION,                                  :    ORDER
                                                              :
                                                              :    15 Mc. 40 (AKH)
                                                              :    CLASS ACTION
This Document Relates To:                                     :
                                                              :
ALL ACTIONS                                                   :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The court accepts the April 15, 2021 report by Claims Administrator Gelardi, ECF No. 1332, as satisfactory compliance with its order of April 1, 2021. ECF No. 1331. The next report by the Claims Administrator, to be filed by July 9, 2021, shall describe the final resolution of all disputed and deficient claims, and tender to the court for resolution of the disputed claims. The Claims Administrator also shall recommend a date for distribution to approved claimants of the amounts respectively due to them, as early as feasible. The distribution may be partial if it is necessary to reserve against future allowances of claims.

        SO ORDERED.

Dated:    April 19, 2021                           /s/ Alvin K. Hellerstein
            New York, New York                 ALVIN K. HELLERSTEIN
                                                           United States District Judge