UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : | Civil Action No. 1:15-mc-00040-AKH |
| | : | |
| | : | CLASS ACTION |
| This Document Relates To: | : | |
| ALL ACTIONS. | : | |

ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL ADDITIONAL INFORMATION RECEIVED FROM CERTAIN DISPUTED CLAIMANTS SUPPLEMENTING EXHIBITS 1, 2, 5 AND 14 TO THE DECLARATION OF MISHKA FERGUSON REGARDING THE CLAIM ADMINISTRATION PROCESS AND REMAINING DISPUTED CLAIMS (ECF NO. 1340)

Upon consideration of Class Plaintiffs' Notice of Motion and Motion for Leave to File Under Seal Additional Information Received from Certain Disputed Claimants Supplementing Exhibits 1, 2, 5 and 14 to the Declaration of Mishka Ferguson Regarding the Claim Administration Process and Remaining Disputed Claims (ECF No. 1340) (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The clerk is ordered to maintain under seal the materials identified in the Motion under seal, which were previously provided to the Court for in camera review.

IT IS SO ORDERED.

DATED:   ___July 27 2021_____        ___/s/ Alvin K. Hellerstein_____
                                          THE HONORABLE ALVIN HELLERSTEIN
                                          UNITED STATES DISTRICT JUDGE