UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
In re AMERICAN REALTY CAPITAL :
PROPERTIES, INC. LITIGATION,   :    **ORDER CLOSING CASES**
:
:    15 Mc. 40 (AKH)
:    CLASS ACTION
This Document Relates To:      :
:
ALL ACTIONS                    :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 22, 2020, I approved the stipulated settlement and ordered the dismissal of the above-captioned case, *see* 15-mc-40, ECF No. 1309, which terminated the following cases:

- 14-cv-8659
- 14-cv-8668
- 14-cv-8669
- 14-cv-8671
- 14-cv-8721
- 14-cv-8740
- 14-cv-9006
- 14-cv-9140
- 14-cv-9444
- 14-cv-10134
- 15-cv-421
- 15-cv-422
- 15-cv-2934
- 15-cv-8508
- 15-cv-8563

The Clerk shall mark these cases closed.

SO ORDERED.

Dated:   September 30, 2021          /s/ Alvin K. Hellerstein
         New York, New York          ALVIN K. HELLERSTEIN
                                     United States District Judge